**FILED**
NOV 1 4 2022
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

United States District Court
Eastern District of North Carolina
Western Division

Case No. 5:22-CT-3412-BO

(To be filled out by Clerk's Office only)

Ashlee Inscoe
(F.K.A. William Inscoe)

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 0568587

-against-

— see Attached —

**COMPLAINT**
(*Pro Se* Prisoner)

Jury Demand?
☒ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Page 1 of 15

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Ashlee Inscoe
Name

0568587
Prisoner ID #

Nash Correctional Institution
Place of Detention

Po Box 600
Institutional Address

Nashville     NC     27856
City     State     Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee ☐ State ☐ Federal
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: **North Carolina Department of Public Safety**
Name

**Public Entity**
Current Job Title

**512 North Salisbury Street**
Current Work Address

**Raleigh** **NC** **27603**
City / State / Zip Code

Capacity in which being sued: ☐ Individual ☒ Official ☐ Both

Defendant 2: **Eddie Buffaloe**
Name

**Secretary of Dept. of Public Safety**
Current Job Title

**512 N. Salisbury Street**
Current Work Address

**Raleigh** **NC** **27603**
City / State / Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 3 **Charlotte Jordan-Williams**
Name

**Prison Rape Elimination Act Director, NCDPS**
Current Job Title

**Office of General Counsel - PREA - 512 N. Salisbury Street**
Current Work Address

City **Raleigh**  State **NC**  Zip Code **27699**

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 4 **Ronnie L. Honeycutt**
Name

**Warden (Avery-Mitchell C.I.)**
Current Job Title

**512 North Salisbury St.**
Current Work Address

**Raleigh**  **NC**  **27699**
City  State  Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Rev. 5/2017 Prisoner Complaint

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 5 __James B. Watson__
Name

__Correctional Captain - PREA Compliance__
Current Job Title

__-Avery Mitchell C.I. 600 Amity Park Road__
Current Work Address

__Spruce Pine__  __NC__  __28777__
City  State  Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 6 __Derick Fox__
Name

__Correctional Leutenant__
Current Job Title

__-Avery-Mitchell C.I 600 Amity Park Rd__
Current Work Address

__Spruce-Pine__  __NC__  __28777__
City  State  Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Case 1:22-cv-00243-MR  Document 1  Filed 11/14/22  Page 5 of 15

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 7 __James Waldroop__
Name

__Unit Manager - Avery-Mitchell C.I.__
Current Job Title

__600 Amity Park Road__
Current Work Address

__Spruce Pine__  __NC__  __28777__
City    State    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 8 __F.N.U. Goforth__
Name

__Correctional Sargent - Avery-Mitchell C.I__
Current Job Title

__600 Amity Park Road__
Current Work Address

__Spruce Pine__  __NC__  __28777__
City    State    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Page 6 of 15

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 9 __Edna Silver__
Name

__Correctional Sargent - Avery-Mitchell C.I.__
Current Job Title

__600 Amity Park Road__
Current Work Address

__Spruce Pine__   __NC__   __28777__
City   State   Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 10 __(Nathan) F.N.U Hicks__
Name

__Corr. Officer - Avery-Mitchell Corr. Inst.__
Current Job Title

__600 Amity Park Road__
Current Work Address

__Spruce Pine__   __NC__   __28777__
City   State   Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 11 __Shawn Buchanan__
Name

__Correctional Officer - Avery-Mitchell C.I.__
Current Job Title

__600 Amity Park Rd__
Current Work Address

__Spruce Pine__   __NC__   __28777__
City           State      Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 12 __Chris Miller__
Name

__Correctional Officer - Avery Mitchell CI__
Current Job Title

__600 Amity Park Road__
Current Work Address

__Spruce Pine__   __NC__   __28777__
City           State      Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

**Defendant(s) Continued**

Defendant 13 Russell CARVER
Name

Correctional Officer Avery-Mitchell C.I.
Current Job Title

600 Amity Park Road
Current Work Address

Spruce Pine          NC          28777
City                 State       Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both


Defendant 14 J. Doe(s)
Name

North Carolina Dept of Public Safety Employee(s)
Current Job Title

512 North Salisbury Street.
Current Work Address

Raleigh              NC          27699
City                 State       Zip Code

Capacity in which being sued: ☒ Individual ☒ Official ☒ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: North Carolina Dept. of Public Safety Divisional office - Raliegh NC - Avery-Mitchell

Date(s) of occurrence: Corr. Inst. - Spruce Pine NC -

— see Attached —

State which of your federal constitutional or federal statutory rights have been violated:

— See Attached —

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

— See Attached —

| Who did what to you? |

Rev. 5/2017 Prisoner Complaint

**What happened to you?** — See Attached —

**When did it happen to you?** — See Attached —

**Where did it happen to you?** — See Attached —

**What was your injury?** — See Attached —

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint? ☒ Yes ☐ No
If no, explain why not:

Is the grievance process completed? ☒ Yes ☐ No
If no, explain why not:

## VII. RELIEF

State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

- See Attached -

Page 13 of 15

Case 1:22-cv-00243-MR    Document 1    Filed 11/14/22    Page 13 of 15

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?   ☒ Yes   ☐ No

If yes, how many? 1

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Inscoe v. Yates et al, Federal Eastern District of California, 1:08-CV-01588-DLB
Nature of claim: Prison staff's' deliberate indifference led to plaintiff being raped
Disposition: Case dismissed in 2010

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

October 26, 2022
Dated

Ashlee Inscoe
Plaintiff's Signature

Ashlee Inscoe
Printed Name

0568587
Prison Identification #

Po Box 600      Nashville      NC      27856
Prison Address      City      State      Zip Code