IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
No. 1:22-CV-00243-MR

| | |
|---|---|
| ASHLEE INSCOE, | ) |
| Plaintiff, | ) |
| v. | ) **NOTICE OF APPEARANCE** |
| NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, et al., | ) |
| Defendants. | ) |

NOW COMES Special Deputy Attorney General Bettina J. Roberts, hereby filing her Notice of Appearance on behalf of Defendants Eddie Buffaloe, Jr., Charlotte Jordan Williams, Ronnie L. Huneycutt, James Brian Watson, Derrick Fox, James Waldroop, Christian Goforth, Edna Silver, Matthan Hicks, Shawn Buchanan, Chris Miller, and Russell Carver.

Respectfully submitted, this the 16th day of June, 2023.

          JOSHUA H. STEIN
          ATTORNEY GENERAL

          /s/ Bettina J. Roberts
          Bettina J. Roberts
          Special Deputy Attorney General
          N.C. State Bar No. 43356
          N.C. Department of Justice
          9001 Mail Service Center
          Raleigh, North Carolina 27699-9001
          Telephone: (919) 716-6540
          Facsimile: (919) 716-6761
          E-mail: bjroberts@ncdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed my **Notice of Appearance**, with the Clerk of the Court utilizing the CM/ECF system, and further certify that I have on this day, served the foregoing document upon the Plaintiff, a *non*-CM/ECF participant via regular United States Mail, first-class postage prepaid, addressed as follows:

>Ashlee Inscoe
>OPUS #0568587
>Nash Correctional Institution
>2869 US-64
>Nashville, NC 27856
>*Pro se plaintiff*

This the 16th day of June, 2023.

/s/ Bettina J. Roberts
Bettina J. Roberts
Special Deputy Attorney General