**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:22-cv-00243-MR**

| | | |
|---|---|---|
| **ASHLEE INSCOE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **NC DEPARTMENT OF PUBLIC** | ) | |
| **SAFETY, et al.,** | ) | **ORDER** |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Defendants' Motion to Substitute Party Defendants and to Amend Caption [Doc. 32].

The incarcerated Plaintiff filed this civil rights action pro se pursuant to 42 U.S.C. § 1983 and the Americans with Disabilities Act. She is now represented by counsel. The Complaint passed initial review on claims asserted against several Defendants, including the North Carolina Department of Public Safety (NCDPS) and Eddie Buffaloe, the NCDPS secretary, in his official capacity. The Defendants now move to substitute NCDPS with North Carolina Department of Adult Corrections (NCDAC) and Eddie Buffaloe in his official capacity with the current NCDAC secretary,

Todd Ishee, in his official capacity.  Counsel for the Plaintiff consents to this Motion. [See Doc. 32 at 3].

**IT IS, THEREFORE, ORDERED** that the Defendants' Motion to Substitute Party Defendants and to Amend Caption [Doc. 32] is **GRANTED**.

The Clerk is instructed to substitute Defendant North Carolina Department of Public Safety with North Carolina Department of Adult Corrections, and to substitute Eddie Buffaloe (official capacity) with Todd Ishee (official capacity).[1]

**IT IS SO ORDERED**.

Signed: June 26, 2024

Martin Reidinger
Chief United States District Judge

---

[1] Defendant Buffaloe shall remain a Defendant in his individual capacity.