IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ASHLEE INSCOE, | ) | Civil Action No. 1:22-cv-00243-MR |
| Plaintiff, | ) | |
| v. | ) | **MOTION FOR EXTENSION OF PAGE LIMIT** |
| NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION, *et al.*, | ) | |
| Defendants. | ) | |

NOW COMES Plaintiff, pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Rule 7.1, and hereby moves the Court to extend the page limit for the Plaintiff's brief in support of partial summary judgment to forty (40) pages.

In support of this motion, Plaintiff shows the following:

1. Pursuant to LR7.1(d), the page limit for any brief is twenty-five (25) pages.

2. Due to the complex nature of this case and the number of issues to be briefed, including constitutional claims, Plaintiff cannot adequately explain the factual and legal bases for her motion for partial summary judgement within the current page limit.

3. Accordingly, Plaintiff respectfully requests this Court grant an extension of the current page limit.

4. Plaintiff's counsel has conferred with counsel for Defendants, and Defendants consent to this motion.

WHEREFORE, Plaintiff respectfully moves the court for an extension of page limit for her brief in support of partial summary judgment to forty (40) pages.

Respectfully submitted, this 7th day of July, 2025.

/s/ *Elizabeth Simpson*
Elizabeth Simpson
N.C. State Bar # 41596
P.O. Box 309
Durham, NC 27702
Phone: 919-682-1149
elizabeth@emancipatenc.org
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically to the following:

J. Locke Milholland

N.C. Attorney General's Office

jmilholland@ncdoj.gov

/s/ Elizabeth Simpson