# North Carolina Department of Public Safety
# Clinical Encounter

Offender Name: INSCOE, WILLIAM M  
Date of Birth: 12/07/1980  
Encounter Date: 05/06/2022 16:27  
Sex: M  Race: WHITE  
Provider: Lemke, Jamie N NP  
Off #: 0568587  
Facility: NSHI  
Unit: 3BU-

Provider Evaluation encounter performed at Clinic.

**SUBJECTIVE:**

COMPLAINT 1    Provider:   Lemke, Jamie N NP

Chief Complaint:    Pain - Groin

Subjective:    Patient here in clinic today to discuss pain to inguinal gonads. Present at this visit is Ms. Lee to address the conflicting information provided by Mr. Inscoe and the medical documentation that is in HERO. This is necessary in order to move forward with Mr. Inscoe's care.

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**OBJECTIVE:**

**Exam:**

**Genitourinary**

**General**

Yes: Normal, Clear Urine

**Penis**

Yes: Normal, Normal Development, Circumsized, Discharge-Clear

**Scrotum**

Yes: Tenderness

No: Normal

**Testicles**

Yes: Undescended, Testicular Tenderness

Normal phallus with urinary meatus located at the tip of the glans, noted. Clear drainage from meatus noted undetermined type of fluid.
Scrotal sac is normal in appearance with lack of testicles noted. Testicles x2 palpated in the inguinal canals with significant pain reported by the offender.
No hypospadias, or any extra orifices noted. It is noted that at the initiation of exam offender had phallus tucked between his legs.
Normal male external genital exam with the exception of the "empty" scrotal sac.

**ASSESSMENT:**

Pelvic and perineal pain, R10.2 - Current, Chronic, Not Improved/Same

**PLAN:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|

| Offender Name: INSCOE, WILLIAM M | | | | Off #: | 0568587 |
| --- | --- | --- | --- | --- | --- |
| Date of Birth: 12/07/1980 | | Sex: M | Race: WHITE | Facility: | NSHI |
| Encounter Date: 05/06/2022 16:27 | | Provider: Lemke, Jamie N NP | | Unit: | 3BU- |

| | | | | |
| --- | --- | --- | --- | --- |
| Lab Tests-P-Prostate-specific Antigen (PSA), Free:Total Ratio | One Time | | 05/09/2022 00:00 | Routine |

**New Consultation Requests:**

| **Consultation/Procedure** | **Due Date** | **SubType** | **Priority** | **Translator** | **Language** |
| --- | --- | --- | --- | --- | --- |
| UR Request | | Urology Consult | Rush (review within 7 days) | No | |

Reason for Request:
   Please refer patient back to Dr. Figler for pelvic pain and advise on plan of care as patient is still having significant pain to pelvis.

Provisional Diagnosis:
   Cryptorchidism, retractable testicles

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Discussed with patient that moving forward with the evaluation of his pelvic pain we will refer him back to Dr. Figler Urology to decide the necessity and treatment plan. At this time the UR for both pantyliners and Nair is withdrawn. He was advised on the incontinence briefs as a supplement at this time.
Mr. Inscoe is advised to RTC as needed and this provider will inform him of updates to the case as necessary.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 05/06/2022 | Counseling | Plan of Care | Lemke, Jamie | Verbalizes Understanding |

| | | | |
| --- | --- | --- | --- |
| **Co-Pay Required:** | No | **Cosign Required:** No | |
| **Telephone/Verbal Order:** | No | | |
| **Standing Order:** | No | | |

Completed by Lemke, Jamie N NP on 05/06/2022 16:52