THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
FILE No. 1:22-CV-00243-MR

ASHLEE INSCOE, )
)
    Plaintiff, ) **DECLARATION OF CHARLOTTE**
) **JORDAN-WILLIAMS**
v. )
)
NORTH CAROLINA DEPARTMENT )
OF ADULT CORRECTIONS, *et al.*, )
)
    Defendants. )

I, Charlotte Jordan-Williams, being competent to testify, and having personal knowledge of the matters herein, hereby state:

1. I am an adult over the age of 18, have never been adjudged incompetent, suffer from no mental or emotional illness, and make this declaration of my own free will, stating facts of which I have personal knowledge as counsel for Defendant.

2. I am the Prison Rape Elimination Act ("PREA") Director for the North Carolina Department of Adult Correction. In my role, I supervise the PREA office, which oversees PREA policy and procedures implemented at all North Carolina prisons.

3. In previous discovery responses asking for my involvement in investigating Offender Inscoe's PREA allegations, I answered that the PREA office does not conduct investigations.

4. In Offender Inscoe's arguments for a summary judgment response, I was characterized as being "deeply involved" in Offender Inscoe's PREA

investigations. Specifically, the argument is that I wrote notes on a type-written PREA allegation from a December 26, 2021 submission; that I was CC'ed on an email from Secretary Ishee; and that I asked to be CC'ed on future emails as they may require a call or text.

5. To be clear, these acts were not part of any PREA investigation. On my Christmas vacation time, I received a call from the General Counsel's office asking me to participate in a virtual meeting with Offender Inscoe. I did. During that meeting, I could hear Offender Inscoe's attorney feeding Offender Inscoe questions and answers as to what to say.

6. I took notes on this, but it was not an investigation. I accepted it as a report and appropriately forwarded it to begin the PREA investigation process, which is done at the facility level. A short time after the virtual meeting, I received word that Offender Inscoe recanted all the allegations to the PREA Investigator from Avery Mitchell.

7. On Monday, January 10, 2022, I received an email with a 102-page document from Elizabeth Simpson, Attorney & Associate Director, Emancipate NC. This document was sent to Prisons leadership for appropriate action to be taken in accordance with agency policy and PREA National standards.

8. To my knowledge, any and all PREA allegations made by Offender Inscoe have been properly investigated.

(This space intentionally left blank)

3

Pursuant to 28 U.S.C. § 1746(2), I verify under penalty of perjury that the foregoing Declaration is true and correct in substance and in fact to the best of my knowledge and belief.

Respectfully submitted this the 25th day of August, 2025.

*Charlotte. Williams*
Charlotte Jordan-Williams

4