| | | | |
|---|---|---|---|
| Offender Name: INSCOE, WILLIAM M | | | Off #: 0568587 |
| Date of Birth: 12/07/1980 | Sex: M  Race: WHITE | | Facility: NSHI |
| Note Date: 07/06/2023 17:43 | Provider: Downs, Marc A PA | | Unit: 3CU- |

Medication Renewal/Review encounter performed at Non Patient Contact.

**Administrative Notes:**

ADMINISTRATIVE NOTE   1         Provider:   Downs, Marc A PA

Note to further document incident with Biktarvy after speaking with night staff.   Patient has 3 months of overstock of biktarvy in Nash pharmacy.  Since this medication is issued every 30 days and is expensive, Pharmacist requested pill count inventory on 6/21/23 where all pills were collected and counted.  Patient was noted to have over 450 estradial pills indicating non compliance with medication.  Further lab testing showed elevated FSH, LH indicating long term non compliance.  1 month supply of biktarvy was returned on 6/27/23.  On 7/5/23 patient turned in biktarvy medication with 4 pills missing.  4 pills were gone in a 9 day period.  The patient said per nursing that they will not take the biktarvy until the estradiol is returned KOP.  Nursing is going to attempt to get patient to sign refusal for medication tonight if they have verbally indicated that they will not take the medication.  Endocrinology has already been notified about the estradiol pill hoarding.

**Co-Pay Required:**  No    **Cosign Required:**  No

**Telephone/Verbal Order:**  No

**Standing Order:**  No

Completed by Downs, Marc A PA on 07/06/2023 17:55

Requested to be reviewed by  Carpenter, Cheryl Denise PA-C.

Review documentation will be displayed on the following page.

# North Carolina Department of Adult Correction
## Cosign/Review

| | | |
|---|---|---|
| Offender Name: INSCOE, WILLIAM M | | Off #: 0568587 |
| Date of Birth: 12/07/1980 | Sex: M | Race: WHITE |
| Encounter Date: 07/06/2023 17:43 | Provider: Downs, Marc A PA | Facility: NSHI |

**Reviewed with New Encounter Note by Carpenter, Cheryl Denise PA-C on 07/07/2023 09:24.**