THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
FILE No. 1:22-CV-00243-MR

ASHLEE INSCOE, )
)
Plaintiff, )  **DECLARATION OF MARC**
) **DOWNS**
v. )
)
NORTH CAROLINA DEPARTMENT )
OF ADULT CORRECTIONS, *et al.*, )
)
Defendants. )

I, Marc Downs, PA, being competent to testify, and having personal knowledge of the matters herein, hereby state:

1. I am an adult over the age of 18, have never been adjudged incompetent, suffer from no mental or emotional illness, and make this declaration of my own free will, stating facts of which I have personal knowledge as counsel for Defendant.

2. I am A P.A. working as a Physician Extender with the NC Department of Adult Correction. On July 6, 2023, at 17:43, I entered an administrative note for Offender Inscoe as follows:

> Note to further document incident with Biktarvy after speaking with night staff. Patient has 3 months of overstock of biktarvy in Nash pharmacy. Since this medication is issued every 30 days and is expensive, Pharmacist requested pill count inventory on 6/21/23 where all pills were collected and counted. Patient was noted to have over 450 estradial pills indicating non compliance with medication. Further lab testing showed elevated FSH, LH indicating long term non compliance. 1 month supply of biktarvy was returned on 6/27/23. On 7/5/23 patient turned in biktarvy medication with 4 pills missing. 4 pills were gone in a 9 day period. The patient said per nursing that they will not take the biktarvy until the estradiol is returned KOP. Nursing is going to attempt to get patient to sign refusal for medication tonight if they have verbally indicated that they will not take the

medication. Endocrinology has already been notified about the estradiol pill hoarding.
3. Biktarvy is an HIV suppressant.
4. KOP means "Kept on Person."
5. Plaintiff is indicating a desire to forgo Biktarvy as a boycott to not having the estradial able to be kept on-person.
6. To further explain the segment, "Patient was noted to have over 450 estradial pills indicating non compliance with medication. Further lab testing showed elevated FSH, LH indicating long term non compliance[:]"

- Estrogen suppresses FSH and LH release through negative feedback on the pituitary gland, especially at high and sustained levels. Follicle-Stimulating Hormone (FSH): What It Is & Function

- excessive amount of testosterone or estradiol can inhibit FSH and LH secretion. Intentional (iatrogenic) secondary hypogonadism: Prolonged administration of high doses of anabolic steroids (by athletes) or GnRH analogs (for prostate cancer) can cause low FSH or LH levels. - Follicle-Stimulating Hormone Abnormalities: Practice Essentials, Pathophysiology, Epidemiology

- LH and FSH are chemical messengers and secreted by the pituitary gland in the brain to drive production of sex hormones(estrogen and testosterone). They are usually inversely related to the sex hormone levels. When LH/FSH are high, testosterone /estrogen is usually low. When testosterone/estrogen are high, LH/FSH is usually low. If testosterone or estrogen is high from an individual that is taking supplements for some reason, LH/FSH will be low. In Offender Inscoe's case his high levels of LH/FSH indicate low estrogen levels. This correlates with the finding of hundreds of pills of overstock of his estradiol.

2

7. The explanations above detail fluctuations at times due to women and their menstrual cycles, when estrogen and FSH/LH are cycling up and down throughout the cycle. In Inscoe's case - a steady supply of estradiol would lead to a steady suppression of LH/FSH, it would not fluctuate. because of the fluctuation in FSH and LH, long term noncompliance was shown, supporting Offender Inscoe's hoarding, as opposed to an inventory overstock with usage compliance.

(This space intentionally left blank)

3

Pursuant to 28 U.S.C. § 1746(2), I verify under penalty of perjury that the foregoing Declaration is true and correct in substance and in fact to the best of my knowledge and belief.

Respectfully submitted this the 25th day of August, 2025.

_____
Marc Downs

4