# North Carolina Department of Adult Correction
# Clinical Encounter - Administrative Note

Offender Name: INSCOE, WILLIAM M  
Date of Birth: 12/07/1980  
Note Date: 07/03/2023 22:16  
Sex: M  Race: WHITE  
Provider: Wani, Javaid H MD  
Off #: 0568587  
Facility: NSHI  
Unit: 3CU-

Review Note encounter performed at Non Patient Contact.

**Administrative Notes:**

    ADMINISTRATIVE NOTE  1    Provider: Wani, Javaid H MD

    Reviewed labs.

    E2 853  
    Estrone 1010  
    TT 13/FT 0.17  
    LH 2.5  
    FSH 7.6  
    PRL 10.1  
    SHBG 95

Patient's estradiol levels are extremely high (supraphysiological for a female reference range). Since LH and FSH are not suppressed enough, it raises the concern that the patient has been noncompliant, and that the patient took more pills prior to these labs. Also noted recently discovered large number (450) tablets of estradiol from patient's room.

Patient does not need spironolactone as she is s/p orchiectomy.

Will change patient's estradiol to the pill line.  
Will start estradiol 4 mg daily.  
Patient has an app on December 11. Now RTC in 4 months with repeat labs. New labs ordered.

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
|  | Estradiol | 07/03/2023 22:16 | 4 mg By Mouth each evening x 160 day(s) Pill Line Only -- Change estradiol to 4 mg at pill line only. Will create an NMOS for nurse to secure all tablets from the patient. |

    Indication: Gender Dysphoria in Adolescents and Adults, Hermaphroditism, not elsewhere classified

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| *A5229978* | *ESTRADIOL 1 MG TAB* | *07/03/2023 22:16* | *Take three (3) tablets (3mg) by mouth twice daily *UR approved until 6/11/24 * Note Dosage Strength ** |

    Discontinue Type: **When Pharmacy Processes**  
    Discontinue Reason: **Order Changed**  
    Indication:

**Discontinued Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| *Lab Tests-B-Basic Metabolic Profile (BMP)* | *One Time* | *12/01/2023 08:00* | *Routine* |
| *Lab Tests-E-Estradiol* | | | |
| *Lab Tests-F-Follicle-stimulating Hormone (FSH)* | | | |
| *Lab Tests-L-Luteinizing Hormone (LH)* | | | |
| *Lab Tests-P-Prolactin* | | | |

| Offender Name: | INSCOE, WILLIAM M | | | Off #: | 0568587 |
|---|---|---|---|---|---|
| Date of Birth: | 12/07/1980 | Sex: M Race: WHITE | | Facility: | NSHI |
| Note Date: | 07/03/2023 22:16 | Provider: Wani, Javaid H MD | | Unit: | 3CU- |

Additional Information:

***8-10 days before next visit, preferably to be done in the morning, around 8 am.***

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-B-Basic Metabolic Profile (BMP) Lab Tests-E-Estradiol Lab Tests-F-Follicle-stimulating Hormone (FSH) Lab Tests-L-LuteinizIng Hormone (LH) Lab Tests-P-Prolactin | One Time | 10/23/2023 00:00 | Routine |

Additional Information:

8-10 days before next visit in 4 months, preferably to be done in the morning.

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Nursing Instructions | One Time | | Patient's estradiol tablets are being changed to pill line (one time a day). Please inform the patient. Also please secure ALL remaining tablets of Estradiol, count and return to the nursing station. Please write an admin note to reflect the activity and also document the number of tablets obtained. Thank you so much. | Wani, Javaid H MD |

Discontinue Reason:
Order Date: 07/03/2023
End Date:

**Co-Pay Required:** No  **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Wani, Javaid H MD on 07/03/2023 22:35

Requested to be reviewed by Downs, Marc A PA.

Review documentation will be displayed on the following page.

# North Carolina Department of Adult Correction
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | INSCOE, WILLIAM M | | | Off #: | 0568587 |
| Date of Birth: | 12/07/1980 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/03/2023 22:16 | Provider: | Wani, Javaid H MD | Facility: | NSHI |

**Reviewed by Downs, Marc A PA on 07/04/2023 13:08.**