# North Carolina Department of Adult Correction
# Clinical Encounter

Offender Name: INSCOE, WILLIAM M  Off #: 0568587
Date of Birth: 12/07/1980  Sex: M  Race: WHITE  Facility: NSHI
Encounter Date: 06/09/2023 23:47  Provider: Wani, Javaid H MD  Unit: 3CU-

Endocrinology encounter performed at Telehealth.

## SUBJECTIVE:

COMPLAINT 1  Provider: Wani, Javaid H MD

Chief Complaint: Other Problem

Subjective: Patient is here for her first follow up appointment. Patient was following UNC endocrinologist Dr Klett. Last saw Dr Klett on March 18, 2022. Patient is on estradiol 3 mg QAM and 2 mg QPM. In addition, patient used to be on spironolactone but it was stopped after her bilateral orchiectomy in September 2022. Patient's UR for estradiol is expiring soon (June 18) and she is very concerned that she might run out of estradiol.

Patient is very anxious.

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

## ROS:
**General**
Patient has no complaints.

## OBJECTIVE:

**Exam:**
**General**
Seen via telehealth visit. Alert and oriented.

## ASSESSMENT:

Gender Dysphoria in Adolescents and Adults, 302.85 - Current, Chronic, Treatment Goal Attained

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
|  | Estradiol | 06/09/2023 23:47 | 3 mg By Mouth - Two Times a Day x 180 day(s) -- 3 mg twice a day -Use current supply. |

Indication: Hermaphroditism, not elsewhere classified
Start Now: Yes
Starter Dose Rx#:
Source:
Admin Method:
Stop Date: 12/06/2023 23:46

Case 1:23-cv-00243-MR    Document 74-73    Filed 08/27/25    Page 1 of 4

| Offender Name: INSCOE, WILLIAM M | | | Off #: 0568587 |
| --- | --- | --- | --- |
| Date of Birth: 12/07/1980 | Sex: M | Race: WHITE | Facility: NSHI |
| Encounter Date: 06/09/2023 23:47 | Provider: Wani, Javaid H MD | | Unit: 3CU- |

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
| --- | --- | --- | --- |
| | MAR Label: 3 mg By Mouth - Two Times a Day x 180 day(s) -- 3 mg twice a day -Use current supply. | | |

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
| --- | --- | --- | --- |
| *A5035212* | ***SPIRONOLACTONE 100 MG TAB*** | *06/09/2023 23:47* | *Take one (1) tablet by mouth twice daily . *UR approved until 6/18/23* |
| | Discontinue Type: ***When Pharmacy Processes*** | | |
| | Discontinue Reason: ***Order Changed*** | | |
| | Indication: | | |
| *A5035211* | ***ESTRADIOL 1 MG TAB*** | *06/09/2023 23:47* | *Take three (3) tablets (=3mg) by mouth every morning and--- Take two (2) tablets (=2mg) by mouth every evening . *UR approved until 6/18/23* |
| | Discontinue Type: ***When Pharmacy Processes*** | | |
| | Discontinue Reason: ***Order Changed*** | | |
| | Indication: | | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
| --- | --- | --- | --- |
| Lab Tests-B-Basic Metabolic Profile (BMP) | One Time | 12/01/2023 08:00 | Routine |
| Lab Tests-E-Estradiol | | | |
| Lab Tests-F-Follicle-stimulating Hormone (FSH) | | | |
| Lab Tests-L-LuteinizIng Hormone (LH) | | | |
| Lab Tests-P-Prolactin | | | |

    Additional Information:

        8-10 days before next visit, preferably to be done in the morning, around 8 am.

**Discontinued Consultation Requests:**

| Consultation/Procedure | Due Date | SubType | Priority | Translator | Language |
| --- | --- | --- | --- | --- | --- |
| UR Request | | Pharmacy/Formulary | Rush (review within 7 days) | No | |

    Reason for Request:

        Spironolactone renewal for gender dysphoria. Awaiting follow up appt to be scheduled with endocrinology.

    Provisional Diagnosis:

        gender dysphoria

    Comments:

        ENTERED 6/9/23 @ 9:15 RUSH DANA TRUONG-MELTON MRA IV

**Other:**

1. Gender Dysphoria (GD), on Female hormone therapy:
See previous notes of Dr Eric Klett.
patient is on estradiol 3 mg QAM and 2 mg QPM. Reviewed April labs.
Increase estradiol to 3 mg BID
Formally DC spironolactone
RTC in 6 month with labs.

It looks the UR for estradiol is expiring on June 18. A new UR was placed just today by Jamie Lemke, NP.

Will DC UR for spironolactone.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/10/2023 | Counseling | Plan of Care | Wani, Javaid | Verbalizes Understanding |

**Co-Pay Required:** No  **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Wani, Javaid H MD on 06/12/2023 22:35

Requested to be reviewed by Downs, Marc A PA.

Review documentation will be displayed on the following page.

# North Carolina Department of Adult Correction
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | INSCOE, WILLIAM M | | | Off #: | 0568587 |
| Date of Birth: | 12/07/1980 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/09/2023 23:47 | Provider: | Wani, Javaid H MD | Facility: | NSHI |

**Reviewed by Downs, Marc A PA on 06/13/2023 09:17.**

NSHI-INSCOE-43 NCDAC, EDOC MR CONFIDENTIAL-002504
NCDAC - NSHI