# North Carolina Department of Adult Correction
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Offender Name: INSCOE, WILLIAM M | | | Off #: | 0568587 |
| Date of Birth: 12/07/1980 | Sex: M | Race: WHITE | Facility: | NSHI |
| Note Date: 07/06/2023 11:13 | Provider: | Downs, Marc A PA | Unit: | 3CU- |

Record Review encounter performed at Non Patient Contact.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1        Provider:   Downs, Marc A PA

Dr Wani,
   I just wanted to write a quick note about Offender Inscoe. Apparently per multiple nurses Inscoe has been complaining about the estrogen being DOT. I could understand if this were the only medication on the line, but Inscoe has gabapentin on the line 3 times per day. Inscoe has to come anyway, so what is the complaint when you have to come anyway? I would suspect Inscoe still wants to manipulate how, when or if the estrogen is taken. A nurse also stated Inscoe threatened to stop taking the biktarvy if estrogen was not given back KOP. I believe again that this is an attempt at getting the estrogen back KOP so they can manipulate it. In my opinion Offender Inscoe appears very determined to manipulate or not take the estrogen they are prescribed. I can provide the nurses names to you or get more information on this if you wish.

PA Downs.

| | | | |
|---|---|---|---|
| **Co-Pay Required:** | No | **Cosign Required:** No | |
| **Telephone/Verbal Order:** | No | | |
| **Standing Order:** | No | | |

Completed by Downs, Marc A PA on 07/06/2023 11:22

Requested to be reviewed by Wani, Javaid H MD.

Review documentation will be displayed on the following page.

# North Carolina Department of Adult Correction
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | INSCOE, WILLIAM M | | | Off #: | 0568587 |
| Date of Birth: | 12/07/1980 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/06/2023 11:13 | Provider: | Downs, Marc A PA | Facility: | NSHI |

**Reviewed by Wani, Javaid H MD on 07/06/2023 15:51.**