

# Visitor Information Screen

[ Hide Side Menu Buttons ]  [ Back to Offender Screen ]  [ Print ]  [ Refresh Screen ]

**Go to:**
[Visit History]
[ Visitor List ]

| | | |
|---|---|---|
| **DOC Number:** 0568587 | **Status:** ACTIVE INMATE | **DNA Test:** DOJ RECEIVED |
| **Name:** INSCOE, WILLIAM M. | | **Birth Date:** 12/07/1980 |
| **SID:** NC0712240A | **FBI#:** 934030DB5 | **SSN:** XXX-XX-4461 (?) |

**Active Inmate Specific Information**    **# Infractions:** 2 (01/31/2020)    **Crime Type:** FELON
**Custody:** MEDIUM   **Nxt Rev:** 09/2025   **Cur. Loc:** 3710 - NASH CI   **Bed:** 3CU- 002
**Convicted:** 07/20/2017   **Admitted:** 07/21/2017   **SPL:** L2
**Sp. Char:** REGULAR   **Control:** REGULAR POPULATION   **Nxt Rev:**
**Projected Release Date:** 08/15/2031   **Case Manager:** LEONARD-WITHERINGTON, PAMELA J
**Activity:** OFFENDER CARE ASSISTANT   **Crime:** HABITUAL FELON (PRINCIPAL)
**Last Movement:** RETURN FROM COURT/JA **On:** 12/20/2023
**Reason:** NO/UNKNOWN ADDL TIME   **PC Analyst:** MITCHELL, NICOLE I.

## This Offender's Visitation History   [ Reset to Defaults ]

**FILTER**
- Display last **50** visits   Status:
- Visitor ID:   Location of Visit:
- Visitation Date: Min Date   Max Date

[ Redisplay With Above Filter Criteria ]

Found 671 visits matching filter criteria    Displaying matches 1-50

| Date/Time of Visit | Visitor ID/ Visitor Name | Location of Visit | Status | Visit Rejected? |
|---|---|---|---|---|
| 08/06/2025 12:42:00 | V612666 INSCOE, BRANDON LEE | 3710 - NASH CI | APPROVED | |
| 08/06/2025 12:42:00 | V612672 INSCOE, BRIDGET HUTCHINS | 3710 - NASH CI | APPROVED | |
| 07/30/2025 13:14:00 | V009558 INSCOE, KATHY LADD | 3710 - NASH CI | APPROVED | |
| 07/30/2025 13:14:00 | V009560 INSCOE, MICHAEL EARL | 3710 - NASH CI | APPROVED | |
| 07/25/2025 14:42:00 | V579513 SIMPSON, ELIZABETH GUILD | 3710 - NASH CI | APPROVED | |
| 07/16/2025 11:54:00 | V612666 INSCOE, BRANDON LEE | 3710 - NASH CI | APPROVED | |
| 07/16/2025 11:54:00 | V612672 INSCOE, BRIDGET HUTCHINS | 3710 - NASH CI | APPROVED | |
| 07/09/2025 12:02:00 | V579513 SIMPSON, ELIZABETH GUILD | 3710 - NASH CI | APPROVED | |
| 06/25/2025 11:52:00 | V579513 SIMPSON, ELIZABETH GUILD | 3710 - NASH CI | APPROVED | |
| 06/11/2025 12:16:00 | V612666 INSCOE, BRANDON LEE | 3710 - NASH CI | APPROVED | |
| 06/11/2025 12:16:00 | V612672 INSCOE, BRIDGET HUTCHINS | 3710 - NASH CI | APPROVED | |
| 04/16/2025 12:37:00 | V009558 INSCOE, KATHY LADD | 3710 - NASH CI | APPROVED | |
| 04/16/2025 12:37:00 | V009560 INSCOE, MICHAEL EARL | 3710 - NASH CI | APPROVED | |

| Date | Time | Visitor | Facility | Status | |
|---|---|---|---|---|---|
| 04/11/2025 | 14:11:00 | V579513<br>SIMPSON, ELIZABETH GUILD | 3710 - NASH CI | APPROVED | |
| 04/02/2025 | 13:22:00 | V612666<br>INSCOE, BRANDON LEE | 3710 - NASH CI | APPROVED | |
| 04/02/2025 | 13:22:00 | V612672<br>INSCOE, BRIDGET HUTCHINS | 3710 - NASH CI | APPROVED | |
| 03/05/2025 | 15:09:00 | VA01411<br>FROTHINGHAM, SUNNY | 3710 - NASH CI | APPROVED | |
| 02/26/2025 | 13:09:00 | V612666<br>INSCOE, BRANDON LEE | 3710 - NASH CI | APPROVED | |
| 02/26/2025 | 13:09:00 | V612672<br>INSCOE, BRIDGET HUTCHINS | 3710 - NASH CI | APPROVED | |
| 01/24/2025 | 14:51:00 | V579513<br>SIMPSON, ELIZABETH GUILD | 3710 - NASH CI | APPROVED | |
| 12/12/2024 | 14:39:00 | V980730<br>BEAR, JOSEPH EVERETT | 3710 - NASH CI | APPROVED | |
| 12/06/2024 | 14:18:00 | V986038<br>MORIN, JACQUINA MONETTE | 3710 - NASH CI | APPROVED | |
| 12/06/2024 | 14:18:00 | V998731<br>FYFFE, KAMARIA ELIZABETH | 3710 - NASH CI | APPROVED | |
| 10/30/2024 | 12:21:00 | V009558<br>INSCOE, KATHY LADD | 3710 - NASH CI | APPROVED | |
| 10/30/2024 | 12:21:00 | V009560<br>INSCOE, MICHAEL EARL | 3710 - NASH CI | APPROVED | |
| 09/04/2024 | 12:59:00 | V973522<br>LANDER, MARGAUX ELIZABETH | 3710 - NASH CI | APPROVED | |
| 08/30/2024 | 10:42:00 | V970682<br>WILSON, CASSONDRA JADE | 3710 - NASH CI | APPROVED | |
| 08/21/2024 | 10:53:00 | V009558<br>INSCOE, KATHY LADD | 3710 - NASH CI | APPROVED | |
| 08/21/2024 | 10:53:00 | V009560<br>INSCOE, MICHAEL EARL | 3710 - NASH CI | APPROVED | |
| 07/26/2024 | 10:43:00 | V926521<br>NAVA, JARED WILLIAM SMITH | 3710 - NASH CI | APPROVED | |
| 07/26/2024 | 10:43:00 | V987583<br>AZAM, ABUL HASNAT | 3710 - NASH CI | APPROVED | |
| 07/18/2024 | 14:32:00 | V980730<br>BEAR, JOSEPH EVERETT | 3710 - NASH CI | APPROVED | |
| 06/21/2024 | 10:48:00 | V926521<br>NAVA, JARED WILLIAM SMITH | 3710 - NASH CI | APPROVED | |
| 06/21/2024 | 10:48:00 | V987583<br>AZAM, ABUL HASNAT | 3710 - NASH CI | APPROVED | |
| 05/22/2024 | 11:36:00 | V009558<br>INSCOE, KATHY LADD | 3710 - NASH CI | APPROVED | |
| 05/22/2024 | 11:36:00 | V009560<br>INSCOE, MICHAEL EARL | 3710 - NASH CI | APPROVED | |
| 05/17/2024 | 10:47:00 | V579513<br>SIMPSON, ELIZABETH GUILD | 3710 - NASH CI | APPROVED | |
| 05/02/2024 | 13:48:00 | V980730<br>BEAR, JOSEPH EVERETT | 3710 - NASH CI | APPROVED | |
| 04/17/2024 | 13:57:00 | V009558<br>INSCOE, KATHY LADD | 3710 - NASH CI | APPROVED | |
| 04/17/2024 | 13:57:00 | V009560<br>INSCOE, MICHAEL EARL | 3710 - NASH CI | APPROVED | |
| 04/17/2024 | 10:39:00 | V009558<br>INSCOE, KATHY LADD | 3710 - NASH CI | APPROVED | |
| 04/17/2024 | 10:39:00 | V009560<br>INSCOE, MICHAEL EARL | 3710 - NASH CI | APPROVED | |
| 03/01/2024 | 14:25:00 | V579513<br>SIMPSON, ELIZABETH GUILD | 3710 - NASH CI | APPROVED | |
| 11/30/2023 | 13:30:00 | V966792<br>MCINTOSH JR, WILLIAM MCLEOD | 3710 - NASH CI | APPROVED | |
| 11/09/2023 | 13:39:00 | V579513<br>SIMPSON, ELIZABETH GUILD | 3710 - NASH CI | APPROVED | |

| | | | | | |
|---|---|---|---|---|---|
| 11/02/2023 | 13:30:00 | V973522<br>LANDER, MARGAUX ELIZABETH | 3710 - NASH CI | APPROVED | |
| 10/19/2023 | 14:48:00 | V973899<br>BLEIWEIS, ROBIN PEARL | 3710 - NASH CI | APPROVED | |
| 10/19/2023 | 14:48:00 | V973904<br>LONGNECKER, ELIZA WINFIELD | 3710 - NASH CI | APPROVED | |
| 09/16/2023 | 10:58:00 | V970682<br>WILSON, CASSONDRA JADE | 3710 - NASH CI | APPROVED | |
| 06/28/2023 | 10:44:00 | V009558<br>INSCOE, KATHY LADD | 3710 - NASH CI | APPROVED | |

Next >>

.,..©2025North Carolina Department of Adult Correction,
....All rights reserved,,,,,

,,,..Revision: 1.4



# Visitor Information Screen

Hide Side Menu Buttons | Back to Offender Screen | Print | Refresh Screen

**Go to:**
Visit History
[Visitor List]

| | |
|---|---|
| **DOC Number:** 0568587 | **Status:** ACTIVE INMATE | **DNA Test:** DOJ RECEIVED |
| **Name:** INSCOE, WILLIAM M. | | **Birth Date:** 12/07/1980 |
| **SID:** NC0712240A | **FBI#:** 934030DB5 | **SSN:** XXX-XX-4461 (?) |

**Active Inmate Specific Information**
**# Infractions:** 2 (01/31/2020)   **Crime Type:** FELON
**Custody:** MEDIUM   **Nxt Rev:** 09/2025   **Cur. Loc:** 3710 - NASH CI   **Bed:** 3CU- 002
**Convicted:** 07/20/2017   **Admitted:** 07/21/2017   **SPL:** L2
**Sp. Char:** REGULAR   **Control:** REGULAR POPULATION   **Nxt Rev:**
**Projected Release Date:** 08/15/2031   **Case Manager:** LEONARD-WITHERINGTON, PAMELA J
**Activity:** OFFENDER CARE ASSISTANT   **Crime:** HABITUAL FELON (PRINCIPAL)
**Last Movement:** RETURN FROM COURT/JA   **On:** 12/20/2023
**Reason:** NO/UNKNOWN ADDL TIME   **PC Analyst:** MITCHELL, NICOLE I.

## This Offender's Visitor List

| Visitor ID/Current Age<br>Visitor Name<br>Gender/Race | Status/<br>Reason<br># of Visits | Relationship<br>Identification<br>Victim? |
|---|---|---|
| **Approved Visitors (Non-Attorneys)** | | |
| V987583   Current Age: 30<br>AZAM, ABUL HASNAT<br>Gender: MALE   Race: OTHER | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 2 | INVESTIGATOR/LEGAL<br>Victim?: No |
| V980730   Current Age: 34<br>BEAR, JOSEPH EVERETT<br>Gender: MALE   Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 3 | PERSONAL FRIEND<br>Victim?: No |
| V973899   Current Age: 30<br>BLEIWEIS, ROBIN PEARL<br>Gender: FEMALE   Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 1 | INVESTIGATOR/LEGAL<br>Victim?: No |
| V998731   Current Age: 30<br>FYFFE, KAMARIA ELIZABETH<br>Gender: FEMALE   Race: BLACK/AFRICAN AMERICAN | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 1 | PERSONAL FRIEND<br>Victim?: No |
| V612666   Current Age: 42<br>INSCOE, BRANDON LEE<br>Gender: MALE   Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 6 | BROTHER<br>Victim?: No |
| V612672   Current Age: 36<br>INSCOE, BRIDGET HUTCHINS<br>Gender: FEMALE   Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 5 | OTHER RELATIVE<br>Victim?: No |
| V009558   Current Age: 64<br>INSCOE, KATHY LADD<br>Gender: FEMALE   Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 315 | MOTHER<br>Victim?: No |
| V009560   Current Age: 70<br>INSCOE, MICHAEL EARL<br>Gender: MALE   Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 313 | FATHER<br>Victim?: No |
| V973522   Current Age: 31<br>LANDER, MARGAUX ELIZABETH<br>Gender: FEMALE   Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 2 | INVESTIGATOR/LEGAL<br>Victim?: No |
| V973904   Current Age: 32<br>LONGNECKER, ELIZA WINFIELD<br>Gender: FEMALE   Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 1 | INVESTIGATOR/LEGAL<br>Victim?: No |
| V986038   Current Age: 37<br>MORIN, JACQUINA MONETTE<br>Gender: FEMALE   Race: BLACK/AFRICAN AMERICAN | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 1 | PERSONAL FRIEND<br>Victim?: No |
| V926521   Current Age: 37<br>NAVA, JARED WILLIAM SMITH<br>Gender: MALE   Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 2 | INVESTIGATOR/LEGAL<br>Victim?: No |

| | | |
|---|---|---|
| V980732    Current Age: 38<br>PUJARI, ROHAN GANESH<br>Gender: MALE   Race: ASIAN/ASIAN AMERICAN | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 0 | PERSONAL FRIEND<br>Victim?: No |
| V970682    Current Age: 33<br>WILSON, CASSONDRA JADE<br>Gender: FEMALE   Race: BLACK/AFRICAN AMERICAN | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 2 | PERSONAL FRIEND<br>Victim?: No |
| **Non-Approved Visitors (Non-Attorneys)** | | |
| V239132    Current Age: 66<br>HARTNESS, CINDY CALDWELL<br>Gender: FEMALE   Race: WHITE | Status: RELEASED<br>Reason:<br># Visits: 1 | AUNT<br>Victim?: No |
| V620878    Current Age: 68<br>HEARNE, ANGELA CALDWELL<br>Gender: FEMALE   Race: WHITE | Status: RELEASED<br>Reason:<br># Visits: 1 | AUNT<br>Victim?: No |
| V629173    Current Age: 70<br>HEARNE, ROBERT DANIEL<br>Gender: MALE   Race: WHITE | Status: RELEASED<br>Reason:<br># Visits: 1 | UNCLE<br>Victim?: No |
| V109256    Current Age: 42<br>INSCOE, BRANDON LEE<br>Gender: MALE   Race: BLACK/AFRICAN AMERICAN | Status: RELEASED<br>Reason:<br># Visits: 0 | BROTHER<br>Victim?: No |
| **Attorney Visitors** | | |
| VA01411    Current Age: 33<br>FROTHINGHAM, SUNNY<br>Gender: FEMALE   Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 1 | ATTORNEY<br>Victim?: No |
| V966792    Current Age: 44<br>MCINTOSH JR, WILLIAM MCLEOD<br>Gender: MALE   Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 1 | ATTORNEY<br>Victim?: No |
| V579513    Current Age: 43<br>SIMPSON, ELIZABETH GUILD<br>Gender: FEMALE   Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 12 | ATTORNEY<br>Victim?: No |

.,..©2025North Carolina Department of Adult Correction,
....All rights reserved,,,,,

,,,..Revision: 1.4