THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
FILE No. 1:22-CV-00243-MR

| | | |
|---|---|---|
| ASHLEE INSCOE, | ) | |
| | ) | |
| Plaintiff, | ) | **PLACEHOLDER FOR EXHIBIT B** |
| | ) | **TO DECLARATION OF WARDEN** |
| v. | ) | **LEE** |
| | ) | |
| NORTH CAROLINA DEPARTMENT OF ADULT CORRECTIONS, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

THIS DOCUMENT IS A PLACEHOLDER FOR VIDEO EXHIBITS BEING FILED MANUALLY UPON LEAVE OF COURT.