THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
FILE No. 1:22-CV-00243-MR

| | |
|---|---|
| ASHLEE INSCOE, | )<br>) |
| Plaintiff, | )<br>) **DECLARATION OF WARDEN**<br>) **TALENA LEE** |
| v. | )<br>) |
| NORTH CAROLINA DEPARTMENT<br>OF ADULT CORRECTIONS, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

I, Talena Lee, being competent to testify, and having personal knowledge of the matters herein, hereby state:

1. I am an adult over the age of 18, have never been adjudged incompetent, suffer from no mental or emotional illness, and make this declaration of my own free will, stating facts of which I have personal knowledge as counsel for Defendant.

2. I am currently Warden of Nash Correctional Institution. I have held this position since September of 2023. Prior to this position, I was Acting Warden of Nash CI from April 2023 to September 2023. Immediately prior to being Acting Warden, I was Associate Warden of Operations from August 2022 to April 2023, where I oversaw custody, security, and food service. Prior to that, I was Associate Warden of Programs from November 2018 to August 2022, where I oversaw case managers, mental health, and dental. I have been at Nash CI since 2014.

3. Offender Inscoe transferred to Nash CI in February 2022. All of our cells at Nash are very unique. All cells are single bunked. The bunk goes below the window and there will be no double-bunking. Every inmate can lock themselves into their cell to the exclusion of other inmates. There is a setting for "inmate access." Inmate Access means that the offenders can lock themselves into their cells and also let themselves back out. When Inmate Access setting is off, offenders can secure themselves in their cell, but they cannot let themselves back out. The Inmate Access setting is turned off for cell counts and lockdowns and overnights. Each cell contains a sink with running water and a flushing toilet. Unless Offender Inscoe's lock is broken, Offender Inscoe has this access. If a lock is reported malfunctioning, it will be immediately fixed. There is no record of Offender Inscoe reporting a malfunctioning lock or of any maintenance being required.

4. Showers at Nash CI are set up such that each floor has two showers. Downstairs has two showers and upstairs has two showers. The showers are near the front where there are staff visuals, meaning staff can see if anyone is lingering around the showers and doing anything inappropriate. Generally, offenders use the shower on their floor. Offender Inscoe uses the upstairs showers. The upstairs showers are positioned such that no one walks by unless intentionally goes to the showers or to the janitor closet.

5. Offender Inscoe has not requested private showers in years. This is because of the private nature of the shower set up at Nash. This is similar with other transgender inmates who transfer to Nash. Some will request private showers when initially

2

Case 1:22-cv-00243-MR     Document 75-1     Filed 08/27/25     Page 2 of 10

entering and after experiencing the setup, they remove this requested accommodation. Private showers are accommodated by allowing the requesting offender to shower during lockdowns when all other offenders are secured. If Offender Inscoe requested private showers, they would be provided.

6. Nash CI houses eight (8) other transgender and intersex offenders.

7. From my personal observations, Offender Inscoe is safe and content with the housing at Nash CI. After a brief transfer to Harnett CI for administrative reasons, Offender Inscoe advocated for a special exemption from any future transfers to any other facility. I have observed Offender Inscoe's interactions with other inmates. Offender Inscoe has developed a close relationship with another offender and is observed spending all available time with this offender. Offender Inscoe does not ever appear to fear for personal safety or be in any stress from interacting with other male and transgender inmates. Please see videos collected from December 2023 showing Offender Inscoe mingling with other offenders to share a news article written about Offender Inscoe.

8. Offender Inscoe is held at a male facility and as such, is administered Complete (strip) Searches by male officers. Offender Inscoe is generally only complete searched when taken to medical appointments or after visitations due to the ability to bring contraband into the prison. When staffing permits, a female officer will chaperone the search by staying off to the side, but within hearing distance from the search. Regardless of whether a female officer is available, a second officer is always participating in this chaperone role. Although Offender Inscoe has

3

Case 1:22-cv-00243-MR    Document 75-1    Filed 08/27/25    Page 3 of 10

expressed a desire to be searched by female officers, Offender Inscoe has never made specific complaints relating to any improper searches. Were specific complaints made, they would be investigated as PREA complaints. Offender Inscoe regularly participates in visits with family and attorneys and their investigators. Offender Inscoe has never refused a visit because of the need to be complete searched. See attached visitation log.

9. To my knowledge, any and all PREA allegations made by Offender Inscoe were properly investigated and any and all transgender accommodation requests were reviewed. There has been no discrimination towards Offender Inscoe at Nash CI and Offender Inscoe has always been treated with respect and dignity as with all other offenders. All of Offender Inscoe's programmatic and security needs are met at Nash CI.

(This space intentionally left blank)

Pursuant to 28 U.S.C. § 1746(2), I verify under penalty of perjury that the foregoing Declaration is true and correct in substance and in fact to the best of my knowledge and belief.

Respectfully submitted this the 21 day of August, 2025.

*Talena Lee*

Talena Lee

5



# Visitor Information Screen

[ Hide Side Menu Buttons ]  [ Back to Offender Screen ]  [ Print ]  [ Refresh Screen ]

**Go to:**
[Visit History]
[ Visitor List ]

| | |
|---|---|
| **DOC Number:** 0568587 | **Status:** ACTIVE INMATE |
| **Name:** INSCOE, WILLIAM M. | |
| **SID:** NC0712240A | **FBI#:** 934030DB5 |
| **DNA Test:** DOJ RECEIVED | |
| **Birth Date:** 12/07/1980 | |
| **SSN:** XXX-XX-4461 (?) | |

**Active Inmate Specific Information**  **# Infractions:** 2 (01/31/2020)  **Crime Type:** FELON
**Custody:** MEDIUM  **Nxt Rev:** 09/2025  **Cur. Loc:** 3710 - NASH CI  **Bed:** 3CU- 002
**Convicted:** 07/20/2017  **Admitted:** 07/21/2017  **SPL:** L2
**Sp. Char:** REGULAR  **Control:** REGULAR POPULATION  **Nxt Rev:**
**Projected Release Date:** 08/15/2031  **Case Manager:** LEONARD-WITHERINGTON, PAMELA J
**Activity:** OFFENDER CARE ASSISTANT  **Crime:** HABITUAL FELON (PRINCIPAL)
**Last Movement:** RETURN FROM COURT/JA  **On:** 12/20/2023
**Reason:** NO/UNKNOWN ADDL TIME  **PC Analyst:** MITCHELL, NICOLE I.

**This Offender's Visitation History**  [ Reset to Defaults ]

**FILTER**
Display last  50  visits   Status:
Visitor ID:   Location of Visit:
Visitation Date:  Min Date   Max Date

[ Redisplay With Above Filter Criteria ]

Found 671 visits matching filter criteria   Displaying matches 1-50

| Date/Time of Visit | Visitor ID/ Visitor Name | Location of Visit | Status | Visit Rejected? |
|---|---|---|---|---|
| 08/06/2025 12:42:00 | V612666 INSCOE, BRANDON LEE | 3710 - NASH CI | APPROVED | |
| 08/06/2025 12:42:00 | V612672 INSCOE, BRIDGET HUTCHINS | 3710 - NASH CI | APPROVED | |
| 07/30/2025 13:14:00 | V009558 INSCOE, KATHY LADD | 3710 - NASH CI | APPROVED | |
| 07/30/2025 13:14:00 | V009560 INSCOE, MICHAEL EARL | 3710 - NASH CI | APPROVED | |
| 07/25/2025 14:42:00 | V579513 SIMPSON, ELIZABETH GUILD | 3710 - NASH CI | APPROVED | |
| 07/16/2025 11:54:00 | V612666 INSCOE, BRANDON LEE | 3710 - NASH CI | APPROVED | |
| 07/16/2025 11:54:00 | V612672 INSCOE, BRIDGET HUTCHINS | 3710 - NASH CI | APPROVED | |
| 07/09/2025 12:02:00 | V579513 SIMPSON, ELIZABETH GUILD | 3710 - NASH CI | APPROVED | |
| 06/25/2025 11:52:00 | V579513 SIMPSON, ELIZABETH GUILD | 3710 - NASH CI | APPROVED | |
| 06/11/2025 12:16:00 | V612666 INSCOE, BRANDON LEE | 3710 - NASH CI | APPROVED | |
| 06/11/2025 12:16:00 | V612672 INSCOE, BRIDGET HUTCHINS | 3710 - NASH CI | APPROVED | |
| 04/16/2025 12:37:00 | V009558 INSCOE, KATHY LADD | 3710 - NASH CI | APPROVED | |
| 04/16/2025 12:37:00 | V009560 INSCOE, MICHAEL EARL | 3710 - NASH CI | APPROVED | |

| Date | Time | Visitor | Facility | Status | |
|---|---|---|---|---|---|
| 04/11/2025 | 14:11:00 | V579513<br>SIMPSON, ELIZABETH GUILD | 3710 - NASH CI | APPROVED | |
| 04/02/2025 | 13:22:00 | V612666<br>INSCOE, BRANDON LEE | 3710 - NASH CI | APPROVED | |
| 04/02/2025 | 13:22:00 | V612672<br>INSCOE, BRIDGET HUTCHINS | 3710 - NASH CI | APPROVED | |
| 03/05/2025 | 15:09:00 | VA01411<br>FROTHINGHAM, SUNNY | 3710 - NASH CI | APPROVED | |
| 02/26/2025 | 13:09:00 | V612666<br>INSCOE, BRANDON LEE | 3710 - NASH CI | APPROVED | |
| 02/26/2025 | 13:09:00 | V612672<br>INSCOE, BRIDGET HUTCHINS | 3710 - NASH CI | APPROVED | |
| 01/24/2025 | 14:51:00 | V579513<br>SIMPSON, ELIZABETH GUILD | 3710 - NASH CI | APPROVED | |
| 12/12/2024 | 14:39:00 | V980730<br>BEAR, JOSEPH EVERETT | 3710 - NASH CI | APPROVED | |
| 12/06/2024 | 14:18:00 | V986038<br>MORIN, JACQUINA MONETTE | 3710 - NASH CI | APPROVED | |
| 12/06/2024 | 14:18:00 | V998731<br>FYFFE, KAMARIA ELIZABETH | 3710 - NASH CI | APPROVED | |
| 10/30/2024 | 12:21:00 | V009558<br>INSCOE, KATHY LADD | 3710 - NASH CI | APPROVED | |
| 10/30/2024 | 12:21:00 | V009560<br>INSCOE, MICHAEL EARL | 3710 - NASH CI | APPROVED | |
| 09/04/2024 | 12:59:00 | V973522<br>LANDER, MARGAUX ELIZABETH | 3710 - NASH CI | APPROVED | |
| 08/30/2024 | 10:42:00 | V970682<br>WILSON, CASSONDRA JADE | 3710 - NASH CI | APPROVED | |
| 08/21/2024 | 10:53:00 | V009558<br>INSCOE, KATHY LADD | 3710 - NASH CI | APPROVED | |
| 08/21/2024 | 10:53:00 | V009560<br>INSCOE, MICHAEL EARL | 3710 - NASH CI | APPROVED | |
| 07/26/2024 | 10:43:00 | V926521<br>NAVA, JARED WILLIAM SMITH | 3710 - NASH CI | APPROVED | |
| 07/26/2024 | 10:43:00 | V987583<br>AZAM, ABUL HASNAT | 3710 - NASH CI | APPROVED | |
| 07/18/2024 | 14:32:00 | V980730<br>BEAR, JOSEPH EVERETT | 3710 - NASH CI | APPROVED | |
| 06/21/2024 | 10:48:00 | V926521<br>NAVA, JARED WILLIAM SMITH | 3710 - NASH CI | APPROVED | |
| 06/21/2024 | 10:48:00 | V987583<br>AZAM, ABUL HASNAT | 3710 - NASH CI | APPROVED | |
| 05/22/2024 | 11:36:00 | V009558<br>INSCOE, KATHY LADD | 3710 - NASH CI | APPROVED | |
| 05/22/2024 | 11:36:00 | V009560<br>INSCOE, MICHAEL EARL | 3710 - NASH CI | APPROVED | |
| 05/17/2024 | 10:47:00 | V579513<br>SIMPSON, ELIZABETH GUILD | 3710 - NASH CI | APPROVED | |
| 05/02/2024 | 13:48:00 | V980730<br>BEAR, JOSEPH EVERETT | 3710 - NASH CI | APPROVED | |
| 04/17/2024 | 13:57:00 | V009558<br>INSCOE, KATHY LADD | 3710 - NASH CI | APPROVED | |
| 04/17/2024 | 13:57:00 | V009560<br>INSCOE, MICHAEL EARL | 3710 - NASH CI | APPROVED | |
| 04/17/2024 | 10:39:00 | V009558<br>INSCOE, KATHY LADD | 3710 - NASH CI | APPROVED | |
| 04/17/2024 | 10:39:00 | V009560<br>INSCOE, MICHAEL EARL | 3710 - NASH CI | APPROVED | |
| 03/01/2024 | 14:25:00 | V579513<br>SIMPSON, ELIZABETH GUILD | 3710 - NASH CI | APPROVED | |
| 11/30/2023 | 13:30:00 | V966792<br>MCINTOSH JR, WILLIAM MCLEOD | 3710 - NASH CI | APPROVED | |
| 11/09/2023 | 13:39:00 | V579513<br>SIMPSON, ELIZABETH GUILD | 3710 - NASH CI | APPROVED | |

| Date | Time | ID / Name | Facility | Status | |
|---|---|---|---|---|---|
| 11/02/2023 | 13:30:00 | V973522<br>LANDER, MARGAUX ELIZABETH | 3710 - NASH CI | APPROVED | |
| 10/19/2023 | 14:48:00 | V973899<br>BLEIWEIS, ROBIN PEARL | 3710 - NASH CI | APPROVED | |
| 10/19/2023 | 14:48:00 | V973904<br>LONGNECKER, ELIZA WINFIELD | 3710 - NASH CI | APPROVED | |
| 09/16/2023 | 10:58:00 | V970682<br>WILSON, CASSONDRA JADE | 3710 - NASH CI | APPROVED | |
| 06/28/2023 | 10:44:00 | V009558<br>INSCOE, KATHY LADD | 3710 - NASH CI | APPROVED | |

[ Next >> ]

.,..©2025North Carolina Department of Adult Correction,
....All rights reserved,,,,,

,,,..Revision: 1.4



# Visitor Information Screen

Go to:
- Visit History
- [Visitor List]

| DOC Number: | 0568587 | Status: | ACTIVE INMATE | DNA Test: | DOJ RECEIVED |
|---|---|---|---|---|---|
| Name: | INSCOE, WILLIAM M. | | | Birth Date: | 12/07/1980 |
| SID: | NC0712240A | FBI#: | 934030DB5 | SSN: | XXX-XX-4461 (?) |

**Active Inmate Specific Information**

| # Infractions: | 2 (01/31/2020) | Crime Type: | FELON |
|---|---|---|---|
| Custody: | MEDIUM Nxt Rev: 09/2025 | Cur. Loc: 3710 - NASH CI | Bed: 3CU- 002 |
| Convicted: | 07/20/2017 Admitted: 07/21/2017 | SPL: L2 | |
| Sp. Char: | REGULAR Control: REGULAR POPULATION | Nxt Rev: | |
| Projected Release Date: | 08/15/2031 Case Manager: | LEONARD-WITHERINGTON, PAMELA J | |
| Activity: | OFFENDER CARE ASSISTANT Crime: | HABITUAL FELON (PRINCIPAL) | |
| Last Movement: | RETURN FROM COURT/JA On: 12/20/2023 | | |
| Reason: | NO/UNKNOWN ADDL TIME PC Analyst: | MITCHELL, NICOLE I. | |

## This Offender's Visitor List

| Visitor ID/Current Age<br>Visitor Name<br>Gender/Race | Status/<br>Reason<br># of Visits | Relationship<br>Identification<br>Victim? |
|---|---|---|
| **Approved Visitors (Non-Attorneys)** | | |
| V987583  Current Age: 30<br>AZAM, ABUL HASNAT<br>Gender: MALE  Race: OTHER | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 2 | INVESTIGATOR/LEGAL<br>Victim?: No |
| V980730  Current Age: 34<br>BEAR, JOSEPH EVERETT<br>Gender: MALE  Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 3 | PERSONAL FRIEND<br>Victim?: No |
| V973899  Current Age: 30<br>BLEIWEIS, ROBIN PEARL<br>Gender: FEMALE  Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 1 | INVESTIGATOR/LEGAL<br>Victim?: No |
| V998731  Current Age: 30<br>FYFFE, KAMARIA ELIZABETH<br>Gender: FEMALE  Race: BLACK/AFRICAN AMERICAN | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 1 | PERSONAL FRIEND<br>Victim?: No |
| V612666  Current Age: 42<br>INSCOE, BRANDON LEE<br>Gender: MALE  Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 6 | BROTHER<br>Victim?: No |
| V612672  Current Age: 36<br>INSCOE, BRIDGET HUTCHINS<br>Gender: FEMALE  Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 5 | OTHER RELATIVE<br>Victim?: No |
| V009558  Current Age: 64<br>INSCOE, KATHY LADD<br>Gender: FEMALE  Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 315 | MOTHER<br>Victim?: No |
| V009560  Current Age: 70<br>INSCOE, MICHAEL EARL<br>Gender: MALE  Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 313 | FATHER<br>Victim?: No |
| V973522  Current Age: 31<br>LANDER, MARGAUX ELIZABETH<br>Gender: FEMALE  Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 2 | INVESTIGATOR/LEGAL<br>Victim?: No |
| V973904  Current Age: 32<br>LONGNECKER, ELIZA WINFIELD<br>Gender: FEMALE  Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 1 | INVESTIGATOR/LEGAL<br>Victim?: No |
| V986038  Current Age: 37<br>MORIN, JACQUINA MONETTE<br>Gender: FEMALE  Race: BLACK/AFRICAN AMERICAN | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 1 | PERSONAL FRIEND<br>Victim?: No |
| V926521  Current Age: 37<br>NAVA, JARED WILLIAM SMITH<br>Gender: MALE  Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 2 | INVESTIGATOR/LEGAL<br>Victim?: No |

| ID | Details | Status | Relationship |
|---|---|---|---|
| V980732 | Current Age: 38<br>PUJARI, ROHAN GANESH<br>Gender: MALE  Race: ASIAN/ASIAN AMERICAN | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 0 | PERSONAL FRIEND<br>Victim?: No |
| V970682 | Current Age: 33<br>WILSON, CASSONDRA JADE<br>Gender: FEMALE  Race: BLACK/AFRICAN AMERICAN | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 2 | PERSONAL FRIEND<br>Victim?: No |
| **Non-Approved Visitors (Non-Attorneys)** | | | |
| V239132 | Current Age: 66<br>HARTNESS, CINDY CALDWELL<br>Gender: FEMALE  Race: WHITE | Status: RELEASED<br>Reason:<br># Visits: 1 | AUNT<br>Victim?: No |
| V620878 | Current Age: 68<br>HEARNE, ANGELA CALDWELL<br>Gender: FEMALE  Race: WHITE | Status: RELEASED<br>Reason:<br># Visits: 1 | AUNT<br>Victim?: No |
| V629173 | Current Age: 70<br>HEARNE, ROBERT DANIEL<br>Gender: MALE  Race: WHITE | Status: RELEASED<br>Reason:<br># Visits: 1 | UNCLE<br>Victim?: No |
| V109256 | Current Age: 42<br>INSCOE, BRANDON LEE<br>Gender: MALE  Race: BLACK/AFRICAN AMERICAN | Status: RELEASED<br>Reason:<br># Visits: 0 | BROTHER<br>Victim?: No |
| **Attorney Visitors** | | | |
| VA01411 | Current Age: 33<br>FROTHINGHAM, SUNNY<br>Gender: FEMALE  Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 1 | ATTORNEY<br>Victim?: No |
| V966792 | Current Age: 44<br>MCINTOSH JR, WILLIAM MCLEOD<br>Gender: MALE  Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 1 | ATTORNEY<br>Victim?: No |
| V579513 | Current Age: 43<br>SIMPSON, ELIZABETH GUILD<br>Gender: FEMALE  Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 12 | ATTORNEY<br>Victim?: No |

.,..©2025North Carolina Department of Adult Correction, ,,,..Revision: 1.4
....All rights reserved,,,,,