

# Visitor Information Screen

[ Hide Side Menu Buttons ] [ Back to Offender Screen ] [ Print ] [ Refresh Screen ]

**Go to:**
[Visit History]
[ Visitor List ]

| | | |
|---|---|---|
| DOC Number: 0568587 | Status: ACTIVE INMATE | DNA Test: DOJ RECEIVED |
| Name: INSCOE, WILLIAM M. | | Birth Date: 12/07/1980 |
| SID: NC0712240A | FBI#: 934030DB5 | SSN: XXX-XX-4461 (?) |

Active Inmate Specific Information  # Infractions: 2 (01/31/2020)  Crime Type: FELON
Custody: MEDIUM  Nxt Rev: 09/2025  Cur. Loc: 3710 - NASH CI  Bed: 3CU- 002
Convicted: 07/20/2017  Admitted: 07/21/2017  SPL: L2
Sp. Char: REGULAR  Control: REGULAR POPULATION  Nxt Rev:
Projected Release Date: 08/15/2031  Case Manager: LEONARD-WITHERINGTON, PAMELA J
Activity: OFFENDER CARE ASSISTANT  Crime: HABITUAL FELON (PRINCIPAL)
Last Movement: RETURN FROM COURT/JA  On: 12/20/2023
Reason: NO/UNKNOWN ADDL TIME  PC Analyst: MITCHELL, NICOLE I.

## This Offender's Visitation History    [ Reset to Defaults ]

**FILTER**
Display last 50 visits   Status:
Visitor ID:              Location of Visit:
Visitation Date: Min Date          Max Date
[ Redisplay With Above Filter Criteria ]

Found 671 visits matching filter criteria    Displaying matches 1-50

| Date/Time of Visit | Visitor ID/ Visitor Name | Location of Visit | Status | Visit Rejected? |
|---|---|---|---|---|
| 08/06/2025 12:42:00 | V612666 INSCOE, BRANDON LEE | 3710 - NASH CI | APPROVED | |
| 08/06/2025 12:42:00 | V612672 INSCOE, BRIDGET HUTCHINS | 3710 - NASH CI | APPROVED | |
| 07/30/2025 13:14:00 | V009558 INSCOE, KATHY LADD | 3710 - NASH CI | APPROVED | |
| 07/30/2025 13:14:00 | V009560 INSCOE, MICHAEL EARL | 3710 - NASH CI | APPROVED | |
| 07/25/2025 14:42:00 | V579513 SIMPSON, ELIZABETH GUILD | 3710 - NASH CI | APPROVED | |
| 07/16/2025 11:54:00 | V612666 INSCOE, BRANDON LEE | 3710 - NASH CI | APPROVED | |
| 07/16/2025 11:54:00 | V612672 INSCOE, BRIDGET HUTCHINS | 3710 - NASH CI | APPROVED | |
| 07/09/2025 12:02:00 | V579513 SIMPSON, ELIZABETH GUILD | 3710 - NASH CI | APPROVED | |
| 06/25/2025 11:52:00 | V579513 SIMPSON, ELIZABETH GUILD | 3710 - NASH CI | APPROVED | |
| 06/11/2025 12:16:00 | V612666 INSCOE, BRANDON LEE | 3710 - NASH CI | APPROVED | |
| 06/11/2025 12:16:00 | V612672 INSCOE, BRIDGET HUTCHINS | 3710 - NASH CI | APPROVED | |
| 04/16/2025 12:37:00 | V009558 INSCOE, KATHY LADD | 3710 - NASH CI | APPROVED | |
| 04/16/2025 12:37:00 | V009560 INSCOE, MICHAEL EARL | 3710 - NASH CI | APPROVED | |

| Date | Time | ID / Name | Location | Status | |
|---|---|---|---|---|---|
| 04/11/2025 | 14:11:00 | V579513<br>SIMPSON, ELIZABETH GUILD | 3710 - NASH CI | APPROVED | |
| 04/02/2025 | 13:22:00 | V612666<br>INSCOE, BRANDON LEE | 3710 - NASH CI | APPROVED | |
| 04/02/2025 | 13:22:00 | V612672<br>INSCOE, BRIDGET HUTCHINS | 3710 - NASH CI | APPROVED | |
| 03/05/2025 | 15:09:00 | VA01411<br>FROTHINGHAM, SUNNY | 3710 - NASH CI | APPROVED | |
| 02/26/2025 | 13:09:00 | V612666<br>INSCOE, BRANDON LEE | 3710 - NASH CI | APPROVED | |
| 02/26/2025 | 13:09:00 | V612672<br>INSCOE, BRIDGET HUTCHINS | 3710 - NASH CI | APPROVED | |
| 01/24/2025 | 14:51:00 | V579513<br>SIMPSON, ELIZABETH GUILD | 3710 - NASH CI | APPROVED | |
| 12/12/2024 | 14:39:00 | V980730<br>BEAR, JOSEPH EVERETT | 3710 - NASH CI | APPROVED | |
| 12/06/2024 | 14:18:00 | V986038<br>MORIN, JACQUINA MONETTE | 3710 - NASH CI | APPROVED | |
| 12/06/2024 | 14:18:00 | V998731<br>FYFFE, KAMARIA ELIZABETH | 3710 - NASH CI | APPROVED | |
| 10/30/2024 | 12:21:00 | V009558<br>INSCOE, KATHY LADD | 3710 - NASH CI | APPROVED | |
| 10/30/2024 | 12:21:00 | V009560<br>INSCOE, MICHAEL EARL | 3710 - NASH CI | APPROVED | |
| 09/04/2024 | 12:59:00 | V973522<br>LANDER, MARGAUX ELIZABETH | 3710 - NASH CI | APPROVED | |
| 08/30/2024 | 10:42:00 | V970682<br>WILSON, CASSONDRA JADE | 3710 - NASH CI | APPROVED | |
| 08/21/2024 | 10:53:00 | V009558<br>INSCOE, KATHY LADD | 3710 - NASH CI | APPROVED | |
| 08/21/2024 | 10:53:00 | V009560<br>INSCOE, MICHAEL EARL | 3710 - NASH CI | APPROVED | |
| 07/26/2024 | 10:43:00 | V926521<br>NAVA, JARED WILLIAM SMITH | 3710 - NASH CI | APPROVED | |
| 07/26/2024 | 10:43:00 | V987583<br>AZAM, ABUL HASNAT | 3710 - NASH CI | APPROVED | |
| 07/18/2024 | 14:32:00 | V980730<br>BEAR, JOSEPH EVERETT | 3710 - NASH CI | APPROVED | |
| 06/21/2024 | 10:48:00 | V926521<br>NAVA, JARED WILLIAM SMITH | 3710 - NASH CI | APPROVED | |
| 06/21/2024 | 10:48:00 | V987583<br>AZAM, ABUL HASNAT | 3710 - NASH CI | APPROVED | |
| 05/22/2024 | 11:36:00 | V009558<br>INSCOE, KATHY LADD | 3710 - NASH CI | APPROVED | |
| 05/22/2024 | 11:36:00 | V009560<br>INSCOE, MICHAEL EARL | 3710 - NASH CI | APPROVED | |
| 05/17/2024 | 10:47:00 | V579513<br>SIMPSON, ELIZABETH GUILD | 3710 - NASH CI | APPROVED | |
| 05/02/2024 | 13:48:00 | V980730<br>BEAR, JOSEPH EVERETT | 3710 - NASH CI | APPROVED | |
| 04/17/2024 | 13:57:00 | V009558<br>INSCOE, KATHY LADD | 3710 - NASH CI | APPROVED | |
| 04/17/2024 | 13:57:00 | V009560<br>INSCOE, MICHAEL EARL | 3710 - NASH CI | APPROVED | |
| 04/17/2024 | 10:39:00 | V009558<br>INSCOE, KATHY LADD | 3710 - NASH CI | APPROVED | |
| 04/17/2024 | 10:39:00 | V009560<br>INSCOE, MICHAEL EARL | 3710 - NASH CI | APPROVED | |
| 03/01/2024 | 14:25:00 | V579513<br>SIMPSON, ELIZABETH GUILD | 3710 - NASH CI | APPROVED | |
| 11/30/2023 | 13:30:00 | V966792<br>MCINTOSH JR, WILLIAM MCLEOD | 3710 - NASH CI | APPROVED | |
| 11/09/2023 | 13:39:00 | V579513<br>SIMPSON, ELIZABETH GUILD | 3710 - NASH CI | APPROVED | |

| | | | | | |
|---|---|---|---|---|---|
| 11/02/2023 | 13:30:00 | V973522<br>LANDER, MARGAUX ELIZABETH | 3710 - NASH CI | APPROVED | |
| 10/19/2023 | 14:48:00 | V973899<br>BLEIWEIS, ROBIN PEARL | 3710 - NASH CI | APPROVED | |
| 10/19/2023 | 14:48:00 | V973904<br>LONGNECKER, ELIZA WINFIELD | 3710 - NASH CI | APPROVED | |
| 09/16/2023 | 10:58:00 | V970682<br>WILSON, CASSONDRA JADE | 3710 - NASH CI | APPROVED | |
| 06/28/2023 | 10:44:00 | V009558<br>INSCOE, KATHY LADD | 3710 - NASH CI | APPROVED | |

[ Next >> ]

., ..©2025North Carolina Department of Adult Correction,
....All rights reserved,,,,,

,,,,..Revision: 1.4



# Visitor Information Screen

Hide Side Menu Buttons | Back to Offender Screen | Print | Refresh Screen

**Go to:**
Visit History
[Visitor List]

**DOC Number:** 0568587 **Status:** ACTIVE INMATE **DNA Test:** DOJ RECEIVED
**Name:** INSCOE, WILLIAM M. **Birth Date:** 12/07/1980
**SID:** NC0712240A **FBI#:** 934030DB5 **SSN:** XXX-XX-4461 (?)

**Active Inmate Specific Information** **# Infractions:** 2 (01/31/2020) **Crime Type:** FELON
**Custody:** MEDIUM **Nxt Rev:** 09/2025 **Cur. Loc:** 3710 - NASH CI **Bed:** 3CU- 002
**Convicted:** 07/20/2017 **Admitted:** 07/21/2017 **SPL:** L2
**Sp. Char:** REGULAR **Control:** REGULAR POPULATION **Nxt Rev:**
**Projected Release Date:** 08/15/2031 **Case Manager:** LEONARD-WITHERINGTON, PAMELA J
**Activity:** OFFENDER CARE ASSISTANT **Crime:** HABITUAL FELON (PRINCIPAL)
**Last Movement:** RETURN FROM COURT/JA **On:** 12/20/2023
**Reason:** NO/UNKNOWN ADDL TIME **PC Analyst:** MITCHELL, NICOLE I.

## This Offender's Visitor List

| Visitor ID/Current Age<br>Visitor Name<br>Gender/Race | Status/<br>Reason<br># of Visits | Relationship<br>Identification<br>Victim? |
|---|---|---|
| **Approved Visitors (Non-Attorneys)** | | |
| V987583  Current Age: 30<br>AZAM, ABUL HASNAT<br>Gender: MALE  Race: OTHER | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 2 | INVESTIGATOR/LEGAL<br>Victim?: No |
| V980730  Current Age: 34<br>BEAR, JOSEPH EVERETT<br>Gender: MALE  Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 3 | PERSONAL FRIEND<br>Victim?: No |
| V973899  Current Age: 30<br>BLEIWEIS, ROBIN PEARL<br>Gender: FEMALE  Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 1 | INVESTIGATOR/LEGAL<br>Victim?: No |
| V998731  Current Age: 30<br>FYFFE, KAMARIA ELIZABETH<br>Gender: FEMALE  Race: BLACK/AFRICAN AMERICAN | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 1 | PERSONAL FRIEND<br>Victim?: No |
| V612666  Current Age: 42<br>INSCOE, BRANDON LEE<br>Gender: MALE  Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 6 | BROTHER<br>Victim?: No |
| V612672  Current Age: 36<br>INSCOE, BRIDGET HUTCHINS<br>Gender: FEMALE  Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 5 | OTHER RELATIVE<br>Victim?: No |
| V009558  Current Age: 64<br>INSCOE, KATHY LADD<br>Gender: FEMALE  Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 315 | MOTHER<br>Victim?: No |
| V009560  Current Age: 70<br>INSCOE, MICHAEL EARL<br>Gender: MALE  Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 313 | FATHER<br>Victim?: No |
| V973522  Current Age: 31<br>LANDER, MARGAUX ELIZABETH<br>Gender: FEMALE  Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 2 | INVESTIGATOR/LEGAL<br>Victim?: No |
| V973904  Current Age: 32<br>LONGNECKER, ELIZA WINFIELD<br>Gender: FEMALE  Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 1 | INVESTIGATOR/LEGAL<br>Victim?: No |
| V986038  Current Age: 37<br>MORIN, JACQUINA MONETTE<br>Gender: FEMALE  Race: BLACK/AFRICAN AMERICAN | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 1 | PERSONAL FRIEND<br>Victim?: No |
| V926521  Current Age: 37<br>NAVA, JARED WILLIAM SMITH<br>Gender: MALE  Race: WHITE | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 2 | INVESTIGATOR/LEGAL<br>Victim?: No |

| ID | Visitor | Status / Reason / Visits | Relationship / Victim |
|---|---|---|---|
| V980732 | PUJARI, ROHAN GANESH<br>Gender: MALE   Race: ASIAN/ASIAN AMERICAN<br>Current Age: 38 | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 0 | PERSONAL FRIEND<br>Victim?: No |
| V970682 | WILSON, CASSONDRA JADE<br>Gender: FEMALE   Race: BLACK/AFRICAN AMERICAN<br>Current Age: 33 | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 2 | PERSONAL FRIEND<br>Victim?: No |
| **Non-Approved Visitors (Non-Attorneys)** | | | |
| V239132 | HARTNESS, CINDY CALDWELL<br>Gender: FEMALE   Race: WHITE<br>Current Age: 66 | Status: RELEASED<br>Reason:<br># Visits: 1 | AUNT<br>Victim?: No |
| V620878 | HEARNE, ANGELA CALDWELL<br>Gender: FEMALE   Race: WHITE<br>Current Age: 68 | Status: RELEASED<br>Reason:<br># Visits: 1 | AUNT<br>Victim?: No |
| V629173 | HEARNE, ROBERT DANIEL<br>Gender: MALE   Race: WHITE<br>Current Age: 70 | Status: RELEASED<br>Reason:<br># Visits: 1 | UNCLE<br>Victim?: No |
| V109256 | INSCOE, BRANDON LEE<br>Gender: MALE   Race: BLACK/AFRICAN AMERICAN<br>Current Age: 42 | Status: RELEASED<br>Reason:<br># Visits: 0 | BROTHER<br>Victim?: No |
| **Attorney Visitors** | | | |
| VA01411 | FROTHINGHAM, SUNNY<br>Gender: FEMALE   Race: WHITE<br>Current Age: 33 | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 1 | ATTORNEY<br>Victim?: No |
| V966792 | MCINTOSH JR, WILLIAM MCLEOD<br>Gender: MALE   Race: WHITE<br>Current Age: 44 | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 1 | ATTORNEY<br>Victim?: No |
| V579513 | SIMPSON, ELIZABETH GUILD<br>Gender: FEMALE   Race: WHITE<br>Current Age: 43 | Status: APPROVED<br>Reason: FACILITY DECISION<br># Visits: 12 | ATTORNEY<br>Victim?: No |

.,..©2025North Carolina Department of Adult Correction,
....All rights reserved,,,,,

,,,..Revision: 1.4