*Handwritten:* Inscoe, William M / DOB: 12/07/1980 / OPUS: 056857

# Case Information

9/7/2022

② Do you have a question about this report?  ↗ Ask a Question

## ✎ General Information

Date: 9/7/2022  
Location: HBR Hospital OR UNCH  
Patient class: Hospital Outpatient Surgery  
Time: 1530  
Room: HBR OR 3  
Case classification: H - Semi-Elective  
Status: Posted  
Service: Urology  

## 📋 Panel Information

**Panel 1**

| Surgeon | Role | Procedure | Laterality | Anesthesia | Length |
|---|---|---|---|---|---|
| Bradley David Figler, MD | Primary | ORCHIECTOMY SIMPL W/WO TESTICULAR PROSTH | Bilateral | General | 36 |
| Katy L Reines, MD | Resident - Assisting | CYSTOURETHROSCOPY (SEPARATE PROCEDURE) | N/A | General | |

## ⊘ Diagnosis Information

Diagnosis  
Persistent testicular pain

## OP Notes

### Op Note by Bradley David Figler, MD at 09/07/22 1615

| | | | | | |
|---|---|---|---|---|---|
| Author: | Bradley David Figler, MD | Author Type: | Physician | Filed: | 09/07/22 1618 |
| Note Status: | Signed | Cosign: | Cosign Not Required | Date of Service: | 09/07/22 1615 |
| Editor: | Bradley David Figler, MD (Physician) | | | | |

**PREOPERATIVE DIAGNOSIS**  
Persistent testicular pain [N50.819]

**POSTOPERATIVE DIAGNOSIS**  
Persistent testicular pain [N50.819]

**PROCEDURES PERFORMED**  
Bilateral simple orchiectomy  
Cystoscopy

## SURGEONS
Surgeon(s) and Role:
* Bradley David Figler, MD - Primary
* Katy L Reines, MD - Resident - Assisting

## ANESTHESIA
Anesthesiologist: Vishal Harkisan Dhandha, MD
Anesthesia Provider: Bradley Wayne Lewis, CRNA

## SPECIMENS

| Order Name | Source | Comment | Collection Info | Order Time |
|---|---|---|---|---|
| SURGICAL PATHOLOGY EXAM | Testis, Right | Pre-op diagnosis: F64. Time: 120 with turnover. | Collected By: Bradley David Figler, MD | 9/7/2022 4:01 PM |

## IMPLANTS
* No implants in log *

## DRAINS
No

## ESTIMATED BLOOD LOSS
1mL

## COMPLICATIONS
None

## CONDITION
Stable

## FINDINGS
Uneventful orchiectomy
Normal cystourethroscopy

## INDICATIONS FOR SURGERY
William M Inscoe is a 41 y.o. adult desiring bilateral orchiectomy. Recently noted gross hematuria, so we recommended concomitant cystoscopy. After extensive discussion of risks, benefits and alternatives he consented to and was eager to proceed with the procedure.

## OPERATIVE TECHNIQUE

Informed consent was obtained. The patient's identity was confirmed in the pre-operative holding area, and she was brought back to the operating room by anesthesia. The patient was sedated and intubated. Peri-operative IV antibiotics were administered prior to surgery start.

The patient was carefully positioned supine then clipped, prepped and draped in the standard sterile fashion.

Midline scrotal incision was made. Each testicle was mobilized from surrounding fascia, dissected to external ring then divided and suture ligated. The remaining end of the spermatic cord was injected with 30mL marcaine solution. Testicles were sent to pathology. Wound was irrigated. Hemostasis was excellent. Wound was closed in multiple layers.

Cystoscopy was performed. Findings noted above.

The procedure was tolerated well. There were no immediate complications.

**PLAN**
F/u with Dr. Li in DPS clinic 1 month. Message sent to Ashli to coordinate.

I, Brad Figler, was present, participating and scrubbed for the duration of the procedure.

Urology Contact Information
7a-5p - 1st call: Urology "Hillsborough Day Call" pager
5p-7a - 1st call: "Hillsborough Hospitalist Admit/Consult" pager
5p-7a - 2nd call: Urology "Hillsborough Night Call" pager
Call Urology MD for leg/calf pain.

## Case Tracking Events

| Event | Time In |
|---|---|
| In Facility | 1339 |
| In Waiting Room | |
| In Pre-Procedure | 1411 |
| Patient Ready for Anesthesia | |
| Pre-Procedure Complete | 1501 |
| Room Ready | |
| In Room | 1526 |
| PreInduction Verification | 1532 |
| Induction | 1534 |
| Pt. Released | 1537 |
| PreIncision Timeout | 1549 |
| Procedure Start/Incision Time | 1550 |
| Sedation Start #1 | |
| Procedure Finish (Physician out #1) | |
| Sedation Start #2 | |
| Procedure Finish (Physician out #2) | |
| Surgeon Closing | 1614 |
| Procedure Finish | 1633 |
| Out of Room | 1636 |
| OR to ICU | |
| Start OR HOLD | |
| Stop OR HOLD | |
| Start Level I | 1638 |
| Stop Level I – d/c criteria met | 1645 |
| Start Level II | 1646 |
| Stop Level II – d/c criteria met | 1730 |
| Return to Level I | |
| Out of Level I (2nd Time) | |
| Return to Level II | |
| Out of Level II (2nd Time) | |
| Periop Record Complete | 1752 |
| Anes Attending Message | |
| Anesthesia Start | 1523 |

| Event | Time In |
|---|---|
| Anesthesia End | 1652 |
| Peds Sedation Start | |
| Peds Sedation End | |
| Sedation Recovery Start | |
| Sedation Recovery End | |

## Verify History

| Staff Name | Date | Time | Type |
|---|---|---|---|
| Ashley H Long, RN | 9/7/2022 | 1501 | Pre-Op |
| Sarah Fisher, RN | 9/7/2022 | 1637 | Intra-Op |
| Sarah Fisher, RN | 9/7/2022 | 1640 | Intra-Op |
| Sarah Fisher, RN | 9/7/2022 | 1642 | Intra-Op |
| Sarah Fisher, RN | 9/7/2022 | 1644 | Intra-Op |

## OR Nursing Notes

### OR Nursing by Sarah Fisher, RN at 09/07/22 1540

| Author: | Sarah Fisher, RN | Author Type: | Registered Nurse | Filed: | 09/07/22 1642 |
|---|---|---|---|---|---|
| Note Status: | Signed | Cosign: | Cosign Not Required | Date of Service: | 09/07/22 1540 |
| Editor: | Sarah Fisher, RN (Registered Nurse) | | | | |

Patients glasses given to charge nurse to be given to pre-op charge nurse

## Anesthesia Record

Anesthesia

## Staff and Times

9/7/2022

### 👤 Surgeons

| Name | Panel | Role | Time Period |
|---|---|---|---|
| Bradley David Figler, MD | Panel 1 | Primary | 9/7/2022 1543 - 9/7/2022 1630 |
| Katy L Reines, MD | Panel 1 | Resident - Assisting | 9/7/2022 1530 - 9/7/2022 1535<br>9/7/2022 1611 - 9/7/2022 1637 |

### 👤 Staff

| Name | Type | Time Period |
|---|---|---|
| Michael D Mullens, RN | Primary Circulator | 9/7/2022 1514 - 9/7/2022 1637 |

| Name | Type | Time Period |
|---|---|---|
| Sarah Fisher, RN | Primary Circulator | 9/7/2022 1514 - 9/7/2022 1637 |
| Candy K Hopkins | Primary Scrub Person | 9/7/2022 1553 - 9/7/2022 1637 |

## 🧑 Anesthesia Staff

| Name | Type | Time Period |
|---|---|---|
| Bradley Wayne Lewis, CRNA | Anesthesia Provider | |
| Vishal Harkisan Dhandha, MD | Anesthesiologist | |

## 🧑 Visitors

None

# Pre-Incision Documentation

9/7/2022

## Confirmed at Scheduling

None

## Verification at Registration

No Case history

## 📝 Timeouts

### Timeouts

Sarah Fisher, RN at Wed Sep 7, 2022 1532 EDT

**Timeout Details**
Timeout type: Pre-induction

**Procedures**
Panel 1: Bilateral ORCHIECTOMY SIMPL W/WO TESTICULAR PROSTH with Bradley David Figler, MD

**Timeout Questions**
Correct patient? Yes
Correct site? Yes
Correct side? N/A
Correct position? Yes
Correct procedure? Yes
Site marked? N/A
Antibiotics ordered and given? Yes
Consents verified? N/A
Radiology studies available? Yes
Safety precautions reviewed? Yes

Allergies reviewed? Yes

**Staff Present**

| Surgeons | Anesthesia Staff |
|---|---|
| Katy L Reines, MD | Bradley Wayne Lewis, CRNA |

Staff
Michael D Mullens, RN
Sarah Fisher, RN

**Signing History**

| Staff | Performed | Signed |
|---|---|---|
| Sarah Fisher, RN | Wed Sep 7, 2022 1532 EDT | Wed Sep 7, 2022 1552 EDT |

### Sarah Fisher, RN at Wed Sep 7, 2022 1549 EDT

**Timeout Details**
Timeout type: Fire Safety

**Procedures**
Panel 1: Bilateral ORCHIECTOMY SIMPL W/WO TESTICULAR PROSTH with Bradley David Figler, MD

**Timeout Questions**

Fire Safety Timeout
Fire Risk Safety Assessment
Procedure site: Below xiphoid
Open oxygen source: None
Ignition source: Cautery
Prepping Agent: Alcohol-based

Fire Risk: 2 - LOW level risk of fire. Follow ROUTINE protocol.
If using alcohol based solutions prep, use the minimal amount needed., Allow sufficient drying time (>2 min) to allow the dissipation of fumes., Do not drape until the prep area is fully dry., Do not allow pooling of any prep solution (including under the patient)., Close open bottles of flammable agents., Remove all bowls of volatile solutions from the field after use., Utilize standard draping procedure., Check all electrical equipment before use., Protect all heat sources when not in use., Activate heat source only when active tip is in line of sight., De-activate heat sources before tup leaves the surgical site.
Surgeons Present:    84598
FIGLER, BRADLEY DAVID
84598
Anesthesia Staff Present:    67426
LEWIS, BRADLEY WAYNE
67426
Staff Present:    59066
MULLENS, MICHAEL D
59066,   82612
FISHER, SARAH
82612
Verification Date and Time: 9/7/2022  3:52 PM

**Staff Present**

| Surgeons | Anesthesia Staff |
|---|---|
| Bradley David Figler, MD | Bradley Wayne Lewis, CRNA |

Staff
Michael D Mullens, RN
Sarah Fisher, RN

**Signing History**

| Staff | Performed | Signed |
|---|---|---|
| Sarah Fisher, RN | Wed Sep 7, 2022 1549 EDT | Wed Sep 7, 2022 1553 EDT |

### Sarah Fisher, RN at Wed Sep 7, 2022 1549 EDT

#### Timeout Details
Timeout type: Pre-incision

#### Procedures
Panel 1: Bilateral ORCHIECTOMY SIMPL W/WO TESTICULAR PROSTH with Bradley David Figler, MD

#### Timeout Questions
Correct patient? Yes
Correct site? Yes
Correct side? N/A
Correct position? Yes
Correct procedure? Yes
Allergies reviewed? Yes
Have all team members been introduced? Yes
Has the surgeon reviewed the critical steps? Yes
Has the anesthesiologist reviewed the patient? Yes
Has the nursing team reviewed the sterility? Yes

#### Staff Present

| Surgeons | Anesthesia Staff |
|---|---|
| Bradley David Figler, MD | Bradley Wayne Lewis, CRNA |

| Staff |
|---|
| Michael D Mullens, RN |
| Sarah Fisher, RN |

#### Signing History

| Staff | Performed | Signed |
|---|---|---|
| Sarah Fisher, RN | Wed Sep 7, 2022 1549 EDT | Wed Sep 7, 2022 1553 EDT |

### Sarah Fisher, RN at Wed Sep 7, 2022 1621 EDT

#### Timeout Details
Timeout type: Debrief

#### Procedures
Panel 1: Bilateral ORCHIECTOMY SIMPL W/WO TESTICULAR PROSTH with Bradley David Figler, MD
Panel 1: CYSTOURETHROSCOPY (SEPARATE PROCEDURE) with Bradley David Figler, MD

#### Timeout Questions
Are counts correct? Yes
Have all recovery issues been reviewed? Yes

#### Staff Present

| Surgeons | Anesthesia Staff |
|---|---|
| Bradley David Figler, MD | Bradley Wayne Lewis, CRNA |
| Katy L Reines, MD | |

| Staff |
|---|
| Sarah Fisher, RN |
| Candy K Hopkins |

#### Signing History

| Staff | Performed | Signed |
|---|---|---|
| Sarah Fisher, RN | Wed Sep 7, 2022 1621 EDT | Wed Sep 7, 2022 1621 EDT |

## Fire Safety Timeout

Inscoe, William M (MRN 000020903209)

Fire Risk Safety Assessment
Procedure site: Below xiphoid
Open oxygen source: None
Ignition source: Cautery
Prepping Agent: Alcohol-based

Fire Risk: 2 - LOW level risk of fire. Follow ROUTINE protocol.
If using alcohol based solutions prep, use the minimal amount needed., Allow sufficient drying time (>2 min) to allow the dissipation of fumes., Do not drape until the prep area is fully dry., Do not allow pooling of any prep solution (including under the patient)., Close open bottles of flammable agents., Remove all bowls of volatile solutions from the field after use., Utilize standard draping procedure., Check all electrical equipment before use., Protect all heat sources when not in use., Activate heat source only when active tip is in line of sight., De-activate heat sources before tup leaves the surgical site.
Surgeons Present:    84598
FIGLER, BRADLEY DAVID
84598
Anesthesia Staff Present:    67426
LEWIS, BRADLEY WAYNE
67426
Staff Present:    59066
MULLENS, MICHAEL D
59066,   82612
FISHER, SARAH
82612
Verification Date and Time: 9/7/2022  3:52 PM

## Pre-Incision Timeout

| Right Patient, Right Site, Right Procedure | Before Incision |
|---|---|
| Correct patient?: Yes | Have all members of the surgical team been introduced?: Yes |
| Correct site?: Yes | Has the surgeon reviewed all the critical or unexpected steps?: Yes |
| Correct procedure?: Yes | |
| Correct position?: Yes | Has the anesthesia team reviewed any patient-specific concerns?: Yes |
| Correct laterality?: N/A | |
| | Has the nursing team confirmed sterility?: Yes |
| | Has prophylaxis been given within the last 60 minutes?: Yes |
| | Is essential imaging displayed?: N/A |

Surgeons Present:    84598
FIGLER, BRADLEY DAVID
84598
Anesthesia Staff Present:    67426
LEWIS, BRADLEY WAYNE
67426
Staff Present:    59066
MULLENS, MICHAEL D
59066,   82612
FISHER, SARAH
82612
Verification Date and Time: 9/7/2022  3:53 PM

## Timeouts

### Sarah Fisher, RN at Wed Sep 7, 2022 1532 EDT

#### Timeout Details
Timeout type: Pre-induction

#### Procedures

## Panel 1: Bilateral ORCHIECTOMY SIMPL W/WO TESTICULAR PROSTH with Bradley David Figler, MD

### Timeout Questions
Correct patient? Yes
Correct site? Yes
Correct side? N/A
Correct position? Yes
Correct procedure? Yes
Site marked? N/A
Antibiotics ordered and given? Yes
Consents verified? N/A
Radiology studies available? Yes
Safety precautions reviewed? Yes
Allergies reviewed? Yes

### Staff Present

| Surgeons | Anesthesia Staff |
|---|---|
| Katy L Reines, MD | Bradley Wayne Lewis, CRNA |

**Staff**
Michael D Mullens, RN
Sarah Fisher, RN

### Signing History

| Staff | Performed | Signed |
|---|---|---|
| Sarah Fisher, RN | Wed Sep 7, 2022 1532 EDT | Wed Sep 7, 2022 1552 EDT |

## Sarah Fisher, RN at Wed Sep 7, 2022 1549 EDT

### Timeout Details
Timeout type: Fire Safety

### Procedures
Panel 1: Bilateral ORCHIECTOMY SIMPL W/WO TESTICULAR PROSTH with Bradley David Figler, MD

### Timeout Questions

**Fire Safety Timeout**
Fire Risk Safety Assessment
Procedure site: Below xiphoid
Open oxygen source: None
Ignition source: Cautery
Prepping Agent: Alcohol-based

Fire Risk: 2 - LOW level risk of fire. Follow ROUTINE protocol.
If using alcohol based solutions prep, use the minimal amount needed., Allow sufficient drying time (>2 min) to allow the dissipation of fumes., Do not drape until the prep area is fully dry., Do not allow pooling of any prep solution (including under the patient)., Close open bottles of flammable agents., Remove all bowls of volatile solutions from the field after use., Utilize standard draping procedure., Check all electrical equipment before use., Protect all heat sources when not in use., Activate heat source only when active tip is in line of sight., De-activate heat sources before tup leaves the surgical site.
Surgeons Present:   84598
FIGLER, BRADLEY DAVID
84598
Anesthesia Staff Present:   67426
LEWIS, BRADLEY WAYNE
67426
Staff Present:   59066
MULLENS, MICHAEL D

59066, 82612
FISHER, SARAH
82612
Verification Date and Time: 9/7/2022 3:52 PM

### Staff Present

| Surgeons | Anesthesia Staff |
|---|---|
| Bradley David Figler, MD | Bradley Wayne Lewis, CRNA |

Staff
Michael D Mullens, RN
Sarah Fisher, RN

### Signing History

| Staff | Performed | Signed |
|---|---|---|
| Sarah Fisher, RN | Wed Sep 7, 2022 1549 EDT | Wed Sep 7, 2022 1553 EDT |

### Sarah Fisher, RN at Wed Sep 7, 2022 1549 EDT

#### Timeout Details
Timeout type: Pre-incision

#### Procedures
Panel 1: Bilateral ORCHIECTOMY SIMPL W/WO TESTICULAR PROSTH with Bradley David Figler, MD

#### Timeout Questions
Correct patient? Yes
Correct site? Yes
Correct side? N/A
Correct position? Yes
Correct procedure? Yes
Allergies reviewed? Yes
Have all team members been introduced? Yes
Has the surgeon reviewed the critical steps? Yes
Has the anesthesiologist reviewed the patient? Yes
Has the nursing team reviewed the sterility? Yes

### Staff Present

| Surgeons | Anesthesia Staff |
|---|---|
| Bradley David Figler, MD | Bradley Wayne Lewis, CRNA |

Staff
Michael D Mullens, RN
Sarah Fisher, RN

### Signing History

| Staff | Performed | Signed |
|---|---|---|
| Sarah Fisher, RN | Wed Sep 7, 2022 1549 EDT | Wed Sep 7, 2022 1553 EDT |

### Sarah Fisher, RN at Wed Sep 7, 2022 1621 EDT

#### Timeout Details
Timeout type: Debrief

#### Procedures
Panel 1: Bilateral ORCHIECTOMY SIMPL W/WO TESTICULAR PROSTH with Bradley David Figler, MD
Panel 1: CYSTOURETHROSCOPY (SEPARATE PROCEDURE) with Bradley David Figler, MD

#### Timeout Questions
Are counts correct? Yes
Have all recovery issues been reviewed? Yes

Inscoe, William M (MRN 000020903209)

| Staff Present | |
|---|---|
| Surgeons | Anesthesia Staff |
| Bradley David Figler, MD | Bradley Wayne Lewis, CRNA |
| Katy L Reines, MD | |

Staff
Sarah Fisher, RN
Candy K Hopkins

Signing History

| Staff | Performed | Signed |
|---|---|---|
| Sarah Fisher, RN | Wed Sep 7, 2022 1621 EDT | Wed Sep 7, 2022 1621 EDT |

## 📝 Patient Preparation

### Patient Preparation

| Area | Laterality | Scrub | Paint | Hair Removal |
|---|---|---|---|---|
| Penis, Scrotum, Perineum | N/A | | Chlorhexidine/Alcohol | Clipped |

### Skin Condition

| Skin Site | Condition | Comments |
|---|---|---|
| Grounding | Warm, Dry, Intact | |
| Operative | Warm, Dry, Intact | |
| Positioning | Warm, Dry, Intact | |

## ✏️ Positioning Information

### Panel-1 Information

**ORCHIECTOMY SIMPL W/WO TESTICULAR PROSTH (Bilateral) - Position 1**

| | | |
|---|---|---|
| Body: **Supine** | Left Arm: **Extended** | Right Arm: **Extended** |
| Table OR, Sheet Draw, Strap Safety | Arm Board, Gel Pad Ulnar Nerve Protector, Strap Arm Black | Arm Board, Gel Pad Ulnar Nerve Protector, Strap Arm Black |
| Head: **Aligned** | Left Leg: **Straight** | Right Leg: **Straight** |
| Gel Pad Donut | Strap Safety, Gel Pad Heel | Strap Safety, Gel Pad Heel |
| Positioned by: Sarah Fisher, RN | | Comments: positioning approved by surgeon |
| Bradley Wayne Lewis, CRNA | | |
| Bradley David Figler, MD | | |
| Katy L Reines, MD | | |

**CYSTOURETHROSCOPY (SEPARATE PROCEDURE) (N/A) - Position 1**

| | | |
|---|---|---|
| Body: **Supine** | Left Arm: **Extended** | Right Arm: **Extended** |
| Table OR, Sheet Draw, Strap Safety | Arm Board, Gel Pad Ulnar Nerve Protector, Strap Arm Black | Arm Board, Gel Pad Ulnar Nerve Protector, Strap Arm Black |

| | | |
|---|---|---|
| Head: **Aligned**<br>Gel Pad Donut | Left Leg: **Straight**<br>Strap Safety, Gel Pad Heel | Right Leg: **Straight**<br>Strap Safety, Gel Pad Heel |
| Positioned by: Sarah Fisher, RN<br>Bradley Wayne Lewis, CRNA<br>Bradley David Figler, MD<br>Katy L Reines, MD | | Comments: positioning approved by surgeon |

# Closing Documentation

9/7/2022

## 📋 Post-op Skin Information

| Skin Site | Condition |
|---|---|
| Grounding | Warm, Dry, Intact |
| Operative | Warm, Dry, Intact |
| Positioning | Warm, Dry, Intact |

## 📋 Case Completion Information

| Incision Site | Laterality | Dressings |
|---|---|---|
| Scrotum | N/A | DRSG ROLL 4.5X4.1YD KERLIX100/CA N-422025 (1), SUPPORTER ATHLETIC LARGE 39-441/EA (1) |
| dermabond | | |

## 📋 Specimens

(From admission, onward)

| Start | | Ordered |
|---|---|---|
| 09/07/22 1601 | Surgical pathology exam RELEASE UPON ORDERING | 09/07/22 1601 |

## 📋 PNDS Information

Outcomes - Intra-op

| Used? | Type | Description (Code) | Notes |
|---|---|---|---|
| Yes | Outcome | The patient is free from signs and symptoms of injury caused by extraneous objects. (O2) | |
| Yes | Outcome | The patient is free from signs and symptoms of chemical injury. (O3) | |
| Yes | Outcome | The patient is free from signs and symptoms of electrical injury. (O4) | |
| Yes | Outcome | The patient is free from signs and symptoms of injury related to positioning. (O5) | |

Inscoe, William M (MRN 000020903209)

| Used? | Type | Description (Code) | Notes |
|---|---|---|---|
| Yes | Outcome | The patient is free from signs and symptoms of injury related to transfer/transport. (O8) | |
| Yes | Outcome | The patient receives appropriate medication(s), safely administered during the perioperative period. (O9) | |
| Yes | Outcome | The patient is free from signs and symptoms of infection. (O10) | |
| Yes | Outcome | The patient participates in decisions affecting his or her perioperative plan of care. (O23) | |
| Yes | Outcome | The patient's care is consistent with the individualized perioperative plan of care. (O24) | |
| Yes | Outcome | The patient's right to privacy is maintained. (O25) | |
| Yes | Outcome | The patient demonstrates and/or reports adequate pain control throughout the perioperative period. (O29) | |
| Yes | Outcome | The patient demonstrates knowledge of the expected responses to the operative or invasive procedure. (O31) | |

## Diagnoses

| Present? | Type | Description (Code) | Notes |
|---|---|---|---|
| No | Diagnosis | Risk for fluid volume imbalance (X20) | |
| No | Diagnosis | Risk for infection (X28) | |
| No | Diagnosis | Risk for injury (X29) | |
| No | Diagnosis | Risk for allergic response to latex (X32) | |
| No | Diagnosis | Acute pain (X38) | |
| No | Diagnosis | Anxiety (X4) | |
| No | Diagnosis | Risk for imbalanced body temperature (X57) | |

## ✎ Intra-op Record

When this Intra-op record was created, the fields listing "Record Creation" as the initial user were either copied from case 8544649 or set by the system.

View by Edit Instant

- Anesthesia Staff
- Anesthesia Type
- Counts
- Diagnosis/Procedure Info
- Electro-surgery Devices
- Events
- General Information
- Implants
- Instruments
- No Complications
- Other Equipment
- PNDS Diagnoses
- PNDS Outcomes
- Patient Positioning

- Post-op Prep
- Post-op Skin
- Pre-op Prep
- Pre-op Skin
- Procedure/Panel Events
- Procedures
- SCD Devices
- Specimens
- Staff
- Supplies and Medications
- Surgeons
- Timeouts
- To - Turnover For
- Unique Id
- Verification - Staff
- Warming Devices

# Equipment/Instruments/Supplies

9/7/2022

## Sequential Compression Devices

| SCD Type | SCD | Area | Laterality | Pressure | Left Pulse | Right Pulse | Applied By |
|---|---|---|---|---|---|---|---|
| Sequential Compression Device | | Lower Leg | Bilateral | | | | Sarah Fisher, RN |

## Electro Surgery Units

| ESU Type | ESU | Blend Setting | Mode | Pad Loc | Laterality | Coag Set | Cut Set | Applied By |
|---|---|---|---|---|---|---|---|---|
| ESU | ESU S5A16332AX | MonoPolar Blend 3 | Monopolar | Outer Thigh | Right | 20 | 20 | Sarah Fisher, RN |

## Warming Devices

| Device Type | Device | Setting | Area | Laterality | Temp | Applied By |
|---|---|---|---|---|---|---|
| Warmer Forced Air | | | Upper body | Bilateral | | Bradley Wayne Lewis, CRNA |
| monitored by anesthesia | | | | | | |

## 🖻 Other Equipment

| Type | Equipment | Setting | Setting Low | Setting High | Applied By |
|---|---|---|---|---|---|
| Suction Neptune Console RFID | **CONSOLE RFID X20BHY** | | | | |

## Instruments

| Instrument Type | Instrument | Start | End |
|---|---|---|---|
| HBR URO Urology Minor | | | |
| Cystoscope Flexible | **CYSTOSCOPE OLYMPUS 2971865** | | |

## ✎ Supplies

### Case Combined Pick List

| Item Name | Tmp? | Type | Used | Wstd | Chrg? | Inv Location | Latex? |
|---|---|---|---|---|---|---|---|
| BLANKET UPPER BODY BAIR HUGGER O-001374 | | Warming Blankets | 1 | 0 | No | UNCH HBR OR INVENTORY LOCATION | |
| COVER WAND RFS NC | | General Supply | 1 | 0 | No | UNCH HBR OR INVENTORY LOCATION | |
| DRAIN PENROSE LF 0.25X12 STR O-050695 | | Drain and Tubes | 1 | 0 | No | UNCH HBR OR INVENTORY LOCATION | |
| DRAPE SHEET LAPAROTOMY 12/CA | | Drapes Gowns Packs | 1 | 0 | No | UNCH HBR OR INVENTORY LOCATION | |
| GLOVE 7.5 BLUE W/NEU THERA PROTEXIS 50PR/BX 200/CA O- | | Latex Free Item | 2 | 0 | No | UNCH HBR OR INVENTORY LOCATION | |
| GLOVE DPC BLUE PROTEXIS | | Latex Free Item | 2 | 0 | No | UNCH HBR OR INVENTORY LOCATION | |
| GLOVE DPC DURAPRENE PLUS PF | | Latex Free Item | 0 | 0 | No | UNCH HBR OR INVENTORY LOCATION | |
| GLOVE DPC LATEX FREE BIOGEL | | Latex Free Item | 0 | 0 | No | UNCH HBR OR INVENTORY LOCATION | |
| GLOVE DPC MICRO PROTEXIS | | Latex Free Item | 0 | 0 | No | UNCH HBR OR INVENTORY LOCATION | |
| GLOVE DPC ORTHO PROTEXIS | | Latex Free Item | 0 | 0 | No | UNCH HBR OR INVENTORY LOCATION | |

Inscoe, William M (MRN 000020903209)

| Item Name | Tmp? | Type | Used | Wstd | Chrg? | Inv Location | Latex? |
|---|---|---|---|---|---|---|---|
| GLOVE DPC PI PROTEXIS | | Latex Free Item | 4 | 0 | No | UNCH HBR OR INVENTORY LOCATION | |
| GLOVE SURG PROTEXIS MICRO 7.5 50PR/BX 200/CA O-050787 | | Latex Free Item | 2 | 0 | No | UNCH HBR OR INVENTORY LOCATION | |
| PACK 4 GOWN W/3 TOWELS | | Drapes Gowns Packs | 1 | 0 | No | UNCH HBR OR INVENTORY LOCATION | |
| PACK MINORO-050001 | | Custom Tray | 1 | 0 | No | UNCH HBR OR INVENTORY LOCATION | |
| PAD GROUND ELECTRODE ADL 30LB D-319853-026613 R-01420 | | Cautery | 1 | 0 | No | UNCH HBR OR INVENTORY LOCATION | |
| SLEEVE SCD KNEE MED 5PR/BX 25/CA O-051192 | | General Supply | 1 | 0 | Yes | UNCH HBR OR INVENTORY LOCATION | |
| SOLN IRRIG H2O ST 1000ML BTL B12/CA | | Solution/Fluid | 2 | 0 | No | UNCH HBR OR INVENTORY LOCATION | |
| SUPPORTER ATHLETIC LGO-002376 | | Dressing | 1 | 0 | No | UNCH HBR OR INVENTORY LOCATION | |

## Additional Items

| Item Name | Tmp? | Type | Used | Wstd | Chrg? | Inv Location | Latex? |
|---|---|---|---|---|---|---|---|
| ADHESIVE SKIN DERMABOND ADVANCD 12/BX O 128446 N-3891 | | Suture/Skin Stapler/Closure Device | 1 | 0 | Yes | UNCH HBR OR INVENTORY LOCATION | |
| COVER TABLE BACK 44 X 90 IN. 22 EA/CA | | General Supply | 1 | 0 | No | UNCH HBR OR INVENTORY LOCATION | |
| DRSG ROLL 4.5X4.1YD KERLIX100/CA N-422025 | | Dressing | 1 | 0 | No | UNCH HBR OR INVENTORY LOCATION | |
| NDL NON-SAFETY 18GAX1.5100/BX 1000/CA | | Needle/Syringes | 1 | 0 | No | UNCH HBR OR INVENTORY LOCATION | |
| NDL SAFETY ECLIPSE 22GAX1.5IN 100/BX 12BX/CA | | General Supply | 1 | 0 | No | UNCH HBR OR INVENTORY LOCATION | |
| SET IRRIGATION CYSTO W/CATH ADPR CLAMP D-010835-31795 | | General Supply | 1 | 0 | No | UNCH HBR OR INVENTORY LOCATION | |
| SUPPORTER ATHLETIC LARGE 39-441/EA | | Dressing | 1 | 0 | No | UNCH HBR OR INVENTORY LOCATION | |
| SUT CHROMIC 3-0 SH NDL 27IN G122H 36PK/BX | | Suture/Skin Stapler/Closure Device | 1 | 0 | Yes | UNCH HBR OR INVENTORY LOCATION | |
| SUT VICRYL 2-0 SH NDL 27IN J417H | | Suture/Skin Stapler/Closure Device | 1 | 0 | Yes | UNCH HBR OR INVENTORY LOCATION | |
| SUT VICRYL 2-0 SH NDL 27IN36/BX O-050708 | | Suture/Skin Stapler/Closure Device | 2 | 0 | Yes | UNCH HBR OR INVENTORY LOCATION | |
| SUT VICRYL 4-0 SH NDL 27IN UNDYED J415H | | Suture/Skin Stapler/Closure Device | 2 | 0 | Yes | UNCH HBR OR INVENTORY LOCATION | |
| SYRINGE 20ML LL 48/BX CA/192 N-396178 | | Needle/Syringes | 1 | 0 | No | UNCH HBR OR INVENTORY LOCATION | |

## ✏ AVS Reports

| Date/Time | Report | Action | User |
|---|---|---|---|
| 9/7/2022 4:56 PM | AVS Signature Page | Printed | Shonie Bell, RN |
| 9/7/2022 4:56 PM | IP After Visit Summary | Printed | Shonie Bell, RN |

## Insurance Authorization

Hospital Account #3072935798

Inscoe, William M (MRN 000020903209)

| CVG-F/O | Precert Number | Precert Contact | Precert Agency Phone | Authorization Number |
|---|---|---|---|---|
| 1. DEPARTMENT OF PUBLIC SAFETY DEPARTMENT OF PUBLIC SAFETY | | | | 001875331 |

## Patient Class

Patient Class
Hospital Outpatient Surgery [106]

Printed by GREEN, BRENDA C [314374]