**Facility:** NASH CI (3710)

| Incident | Incident Time | How Reported | Who Reported | Date Reported | Validity | LEA Refer |
|---|---|---|---|---|---|---|
| 3710-22-36 | 04/08/22 01:20 PM | INMATE VICTIM | INSCOE, WILLIAM M (0568587) | 04/08/22 | NON PREA 1ST SEXUAL HARASMNT | |

| Event Sequence | Time | Location | Type of Sexual Misconduct | Nature |
|---|---|---|---|---|
| 10 | 04/08/22 01:20 PM | YARD MEDICATION LINE | INM/INM SEXUAL HARASSMENT | INMATE OTHER |

| Participant Type | Participant Name | Race | Gender | Age At Time | Admin Actions |
|---|---|---|---|---|---|
| AGGRESSOR | BROWN, WILLIE (0567466) | BLACK/AFRICAN AMERICAN | MALE | 42 | AGGRSR OTHER |
| VICTIM | INSCOE, WILLIAM (0568587) | WHITE | MALE | 41 | VICTIM NONE |

| Incident | Incident Time | How Reported | Who Reported | Date Reported | Validity | LEA Refer |
|---|---|---|---|---|---|---|
| 3710-22-129 | 09/14/22 04:30 PM | INMATE VICTIM | INSCOE, WILLIAM M (0568587) | 09/14/22 | NON PREA 1ST SEXUAL HARASMNT | N |

| Event Sequence | Time | Location | Type of Sexual Misconduct | Nature |
|---|---|---|---|---|
| 10 | 09/14/22 04:30 PM | DORM/HOUSING UNIT | INM/INM SEXUAL HARASSMENT | INMATE OTHER |

| Participant Type | Participant Name | Race | Gender | Age At Time | Admin Actions |
|---|---|---|---|---|---|
| AGGRESSOR | BARRETT, STEVEN (1287647) | BLACK/AFRICAN AMERICAN | MALE | 30 | AGGRSR OTHER AGGRSR IN SEG/CONTROL |
| VICTIM | INSCOE, WILLIAM (0568587) | WHITE | MALE | 41 | VICTIM NONE |

ASHLEE INSCOE v. NCDAC, ET AL    1:22-CV-00243-MR    CONFIDENTIAL  -  004850

**Facility:** NASH CI (3710)

| Incident | Incident Time | How Reported | Who Reported | Date Reported | Validity | LEA Refer |
|---|---|---|---|---|---|---|
| 3710-23-62 | 03/06/23 07:17 PM | INMATE VICTIM | INSCOE, WILLIAM M (0568587) | 03/06/23 | UNSUBSTANT/INSUFF EVID | N |

| Event Sequence | Time | Location | Type of Sexual Misconduct | Nature |
|---|---|---|---|---|
| 10 | 03/06/23 07:17 PM | YARD MEDICATION LINE | INM/INM SEXUAL ABUSE | INMATE OTHER |

| Participant Type | Participant Name | Race | Gender | Age At Time | Admin Actions |
|---|---|---|---|---|---|
| AGGRESSOR | FREDLAW, TRIMEKA (0490046) | BLACK/AFRICAN AMERICAN | MALE | 44 | AGGRSR IN SEG/CONTROL |
| VICTIM | INSCOE, WILLIAM (0568587) | WHITE | MALE | 42 | VICTIM NONE |

| Incident | Incident Time | How Reported | Who Reported | Date Reported | Validity | LEA Refer |
|---|---|---|---|---|---|---|
| 3710-23-116 | 04/08/23 03:15 PM | INMATE VICTIM | INSCOE, WILLIAM M (0568587) | 04/27/23 | UNSUBSTANT/INSUFF EVID | |

| Event Sequence | Time | Location | Type of Sexual Misconduct | Nature |
|---|---|---|---|---|
| 10 | 04/08/23 03:15 PM | DORM/HOUSING UNIT PHONE AREA | INM/INM SEXUAL HARASSMENT | INMATE OTHER |

| Participant Type | Participant Name | Race | Gender | Age At Time | Admin Actions |
|---|---|---|---|---|---|
| AGGRESSOR | WILSON, ERIC (0806259) | BLACK/AFRICAN AMERICAN | MALE | 38 | AGGRSR IN SEG/CONTROL |
| VICTIM | INSCOE, WILLIAM (0568587) | WHITE | MALE | 42 | VICTIM NONE |

**Facility:** NASH CI (3710)

| Incident | Incident Time | How Reported | Who Reported | Date Reported | Validity | LEA Refer |
|---|---|---|---|---|---|---|
| 3710-23-171 | 06/13/23 10:10 AM | INMATE VICTIM | INSCOE, WILLIAM M (0568587) | 07/18/23 | NON PREA PRELIMINARY REVIEW | |

| Event Sequence | Time | Location | Type of Sexual Misconduct | Nature |
|---|---|---|---|---|
| 10 | 06/13/23 10:10 AM | DORM/HOUSING UNIT UNIT 3 C-BLK | STAFF SEXUAL HARASSMENT | SEXUAL HARASSMENT BY STF |

| Participant Type | Participant Name | Race | Gender | Age At Time | Admin Actions |
|---|---|---|---|---|---|
| AGGRESSOR | BROWN,DARYL M. (BDM67) | BLACK/AFRICAN AMERICAN | MALE | 43 | STAFF OTHER |
| VICTIM | INSCOE, WILLIAM (0568587) | WHITE | MALE | 42 | VICTIM NONE |

**PREA Incidents for NASH CI (3710) :** 5

**Facility:** HARNETT CI (3805)

| Incident | Incident Time | How Reported | Who Reported | Date Reported | Validity | LEA Refer |
|---|---|---|---|---|---|---|
| 3805-23-11 | 01/05/23 04:07 PM | CUSTODY STAFF | | 01/09/23 | UNSUBSTANT/INSUFF EVID | N |

| Event Sequence | Time | Location | Type of Sexual Misconduct | Nature |
|---|---|---|---|---|
| 10 | 01/05/23 04:07 PM | RECEIVING 3805 | STAFF SEXUAL HARASSMENT | SEXUAL HARASSMENT BY STF |

| Participant Type | Participant Name | Race | Gender | Age At Time | Admin Actions |
|---|---|---|---|---|---|
| AGGRESSOR | JONES, MATTHEW T. (JMT09) | WHITE | MALE | 42 | STAFF OTHER |
| VICTIM | INSCOE, WILLIAM (0568587) | WHITE | MALE | 42 | VICTIM TRANSFERRED |

**PREA Incidents for HARNETT CI (3805) :** 1

**Facility:** AVERY-MITCHELL CI (4680)

| Incident | Incident Time | How Reported | Who Reported | Date Reported | Validity | LEA Refer |
|---|---|---|---|---|---|---|
| 4680-18-445 | 07/28/18 05:40 PM | INMATE VICTIM | INSCOE, WILLIAM M (0568587) | 01/10/22 | UNSUBSTANT/INSUFF EVID | N |

| Event Sequence | Time | Location | Type of Sexual Misconduct | Nature |
|---|---|---|---|---|
| 10 | 07/28/18 05:40 PM | DORM/HOUSING UNIT YBB | STAFF SEXUAL HARASSMENT | SEXUAL HARASSMENT BY STF |

| Participant Type | Participant Name | Race | Gender | Age At Time | Admin Actions |
|---|---|---|---|---|---|
| AGGRESSOR | (UNKWN) | WHITE | MALE | 25 | |
| VICTIM | INSCOE, WILLIAM (0568587) | WHITE | MALE | 37 | VICTIM TRANSFERRED |

| Incident | Incident Time | How Reported | Who Reported | Date Reported | Validity | LEA Refer |
|---|---|---|---|---|---|---|
| 4680-19-504 | 12/12/19 09:00 AM | INMATE VICTIM | INSCOE, WILLIAM M (0568587) | 01/26/22 | UNSUBSTANT/INSUFF EVID | C |

| Event Sequence | Time | Location | Type of Sexual Misconduct | Nature |
|---|---|---|---|---|
| 10 | 12/12/19 06:00 AM | OUTSIDE MEDICAL FAC UNC DRS OFFICE | STAFF SEXUAL ABUSE | SEX ACT FRM PHYSICAL FRCE |

| Participant Type | Participant Name | Race | Gender | Age At Time | Admin Actions |
|---|---|---|---|---|---|
| AGGRESSOR | CARVER, RUSSELL J (CRJ20) | WHITE | MALE | 49 | STAFF OTHER |
| VICTIM | INSCOE, WILLIAM (0568587) | WHITE | MALE | 39 | VICTIM NONE |

**Facility:** AVERY-MITCHELL CI (4680)

| Incident | Incident Time | How Reported | Who Reported | Date Reported | Validity | LEA Refer |
|---|---|---|---|---|---|---|
| 4680-19-505 | 02/14/19 03:30 PM | OTHER | | 01/26/22 | UNSUBSTANT/INSUFF EVID | C |

| Event Sequence | Time | Location | Type of Sexual Misconduct | Nature |
|---|---|---|---|---|
| 10 | 02/14/19 03:30 PM | RECEIVING SEARCH AREA | STAFF SEXUAL HARASSMENT | SEXUAL HARASSMENT BY STF |

| Participant Type | Participant Name | Race | Gender | Age At Time | Admin Actions |
|---|---|---|---|---|---|
| AGGRESSOR | CARVER, RUSSELL J (CRJ20) | WHITE | MALE | 48 | STAFF OTHER |
| VICTIM | INSCOE, WILLIAM (0568587) | WHITE | MALE | 38 | VICTIM NONE |

| Incident | Incident Time | How Reported | Who Reported | Date Reported | Validity | LEA Refer |
|---|---|---|---|---|---|---|
| 4680-19-506 | 04/04/19 12:00 AM | CUSTODY STAFF | FOX, DERRICK E. (FDX06) | 02/25/22 | NON PREA 1ST SEXUAL HARASMNT | N |

| Event Sequence | Time | Location | Type of Sexual Misconduct | Nature |
|---|---|---|---|---|
| 10 | 04/04/19 12:00 AM | DORM/HOUSING UNIT YAD BLOCK | INM/INM SEXUAL HARASSMENT | INMATE OTHER |

| Participant Type | Participant Name | Race | Gender | Age At Time | Admin Actions |
|---|---|---|---|---|---|
| AGGRESSOR | SHOOK, JESSE (0367767) | WHITE | MALE | 48 | AGGRSR OTHER |
| VICTIM | INSCOE, WILLIAM (0568587) | WHITE | MALE | 38 | VICTIM TRANSFERRED |

**Facility:** AVERY-MITCHELL CI (4680)

| Incident | Incident Time | How Reported | Who Reported | Date Reported | Validity | LEA Refer |
|---|---|---|---|---|---|---|
| 4680-20-288 | 07/14/20 11:14 AM | INMATE VICTIM | INSCOE, WILLIAM M (0568587) | 07/16/20 | NON PREA 1ST SEXUAL HARASMNT | N |

| Event Sequence | Time | Location | Type of Sexual Misconduct | Nature |
|---|---|---|---|---|
| 10 | 07/14/20 11:14 AM | DORM/HOUSING UNIT YANCEY UNIT | STAFF SEXUAL HARASSMENT | SEXUAL HARASSMENT BY STF |

| Participant Type | Participant Name | Race | Gender | Age At Time | Admin Actions |
|---|---|---|---|---|---|
| AGGRESSOR | CARROLL, BONDY R. (CBR15) | WHITE | MALE | 51 | STAFF OTHER |
| AGGRESSOR | HONEYCUTT, JAMIE G. (HJG22) | WHITE | MALE | 45 | STAFF OTHER |
| AGGRESSOR | STOCKTON, TYLER SCOTT (STS22) | WHITE | MALE | 27 | STAFF OTHER |
| AGGRESSOR | WASHBURN, CHARLES E. (WCE39) | WHITE | MALE | 57 | STAFF OTHER |
| VICTIM | INSCOE, WILLIAM (0568587) | WHITE | MALE | 39 | VICTIM NONE |

| Incident | Incident Time | How Reported | Who Reported | Date Reported | Validity | LEA Refer |
|---|---|---|---|---|---|---|
| 4680-21-426 | 10/13/21 04:00 PM | INMATE VICTIM | INSCOE, WILLIAM M (0568587) | 10/15/21 | UNFOUND/DID NOT OCCUR | C |

| Event Sequence | Time | Location | Type of Sexual Misconduct | Nature |
|---|---|---|---|---|
| 10 | 10/13/21 04:00 PM | DINING HALL | STAFF SEXUAL HARASSMENT | SEXUAL HARASSMENT BY STF |

| Participant Type | Participant Name | Race | Gender | Age At Time | Admin Actions |
|---|---|---|---|---|---|
| AGGRESSOR | JIMESON, JOHN R. (JJR10) | WHITE | MALE | 62 | STAFF OTHER |
| VICTIM | INSCOE, WILLIAM (0568587) | WHITE | MALE | 40 | VICTIM NONE |

**Facility:** AVERY-MITCHELL CI (4680)

| Incident | Incident Time | How Reported | Who Reported | Date Reported | Validity | LEA Refer |
|---|---|---|---|---|---|---|
| 4680-21-509 | 12/25/21 01:00 PM | INMATE VICTIM | INSCOE, WILLIAM M (0568587) | 02/09/22 | NON PREA 1ST SEXUAL HARASMNT | |

| Event Sequence | Time | Location | Type of Sexual Misconduct | Nature |
|---|---|---|---|---|
| 10 | 12/25/21 01:00 PM | DORM/HOUSING UNIT YANCEY UNIT | INM/INM SEXUAL HARASSMENT | INMATE OTHER |

| Participant Type | Participant Name | Race | Gender | Age At Time | Admin Actions |
|---|---|---|---|---|---|
| AGGRESSOR | (UNKASLT) | | | 2020 | |
| VICTIM | INSCOE, WILLIAM (0568587) | WHITE | MALE | 41 | VICTIM NONE |

**PREA Incidents for AVERY-MITCHELL CI** 7

**Total PREA Incidents:** 13