Offender Name: INSCOE, WILLIAM M      Off #: 0568587
Date of Birth: 12/07/1980      Sex: M    Race: WHITE    Facility: NSHI
Encounter Date: 05/04/2022 09:45     Provider: Frazier, Gina E RN    Unit: 3CU-

Chronic Disease Nursing Clinic encounter performed at Clinic.

## SUBJECTIVE:

COMPLAINT 1     Provider: Frazier, Gina E RN

Chief Complaint: Other Problem

Subjective: I am suppose to be a female prison. I was born intersex. I have seen the doctors & they have told them but I am still in a male facility. I had surgery at Baptist Hospital & they closed up my vagina. Sometimes I have spotting. I have ovaries & a uterus-my ovary has grown to my uterus & abdominal wall & causes me pain. I am suppose to have a CT scan soon.

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

## ROS:
### General
#### Constitutional Symptoms
Yes: Insomnia, Night Sweats
No: Fatigue
sometimes have trouble sleeping, sometimes have night sweats but thinks due to nightmares not fever or sickness

### History
#### Personal Medical
No: Medical conditions related to encounter

### HEENT
#### Ears
No: Decreased Hearing, Hearing Aids

### Cardiovascular
#### General
No: Angina

### Pulmonary
#### Respiratory System
No: Shortness of breath

### GI
#### General
Yes: Diarrhea, Dyspepsia
No: Appetite Changes, Nausea, Vomiting, Weight Loss
have diarrhea at times but sometimes constipated

### Lymphatics
#### General
No: Swollen Glands

**ROS:**

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/04/2022 | 10:20 NSHI | 98.5 | 36.9 | Oral | Frazier, Gina E RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/04/2022 | 10:20 NSHI | 80 | Radial | Regular | Frazier, Gina E RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/04/2022 | 10:20 NSHI | 18 | Frazier, Gina E RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/04/2022 | 10:20 NSHI | 114/78 | Left Arm | Sitting | Adult-regular | Frazier, Gina E RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 05/04/2022 | 10:20 NSHI | 196.6 | 89.2 | | Frazier, Gina E RN |

**Exam:**
  **Diagnostics**
    **Laboratory**
      Yes: Lab tests due
      No: Significant findings
    **Vital Signs**
      Yes: Vital Sign Obtained (See Flow Sheet)
    **Medication Review**
      Yes: Current Medication List, Compliance, Allergies
      No: Side Effects
        ID ordered lab work due 8/22/22, is on Biktarvy per KOP-states compliance, is allergic to PCN-caused rash
  **General**
    **Appearance**
      No: Dyspneic
  **Skin**
    **General**
      Yes: Skin Intact, Dry, Warmth
    **Wound**
      No: Wounds present
  **Eyes**
    **Visual Acuity**
      Yes: Changes to vision since last assessment
        changes to far vision
  **Ears**
    **External Ear**
      No: Draining
  **Mouth**

| Offender Name: INSCOE, WILLIAM M | | | Off #: 0568587 |
|---|---|---|---|
| Date of Birth: 12/07/1980 | Sex: M | Race: WHITE | Facility: NSHI |
| Encounter Date: 05/04/2022 09:45 | Provider: Frazier, Gina E RN | | Unit: 3CU- |

**Exam:**
- **Mucosa**
  - No: Ulceration(s), White Plaques
- **Teeth**
  - No: Tenderness
- **Gums**
  - No: Bleeding
- **Pulmonary**
  - **Auscultation**
    - Yes: Clear to Auscultation
- **Cardiovascular**
  - **Auscultation**
    - Yes: Regular Rate and Rhythm (RRR)
- **Peripheral Vascular**
  - **Lymphatics**
    - No: Regional Lymphadenopathy, Localized Lymphadenopathy
- **Abdomen**
  - **Inspection**
    - No: Distension
  - **Auscultation**
    - Yes: Normo-Active Bowel Sounds
  - **Palpation**
    - Yes: Soft, Non-tender on Palpation
- **Musculoskeletal**
  - **Wrist/Hand/Fingers ROM and Tests**
    - Yes: Capillary Refill Normal

**ASSESSMENT:**

Counseling

allowed to ventilate about multiple issues, discussed & stressed the importance of total treatment regimen compliance, reviewed control measures, informed ID ordered lab work is to be drawn in late August, encouraged patient w/multiple medical issues presently being addressed, instructed to follow up via sick call for further issues

**PLAN:**

Schedule:

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Wellness Clinic | 06/04/2022 00:00 | Outreach Nurse |

Outreach Record Review, Outreach Visit around 11/4/22

**Disposition:**

Follow-up at Sick Call as Needed
Discharged to Housing Unit-No Restrictions
Refer to Provider
Follow-up in 6 Months

**Other:**

Case 5:22-ct-00243-M-RC, ED Document 75-3 Filed 08/27/25 Page 3 of 5

| Offender Name: INSCOE, WILLIAM M | | Off #: 0568587 |
|---|---|---|
| Date of Birth: 12/07/1980 | Sex: M  Race: WHITE | Facility: NSHI |
| Encounter Date: 05/04/2022 09:45 | Provider: Frazier, Gina E RN | Unit: 3CU- |

-Unit provider-please co-sign Nurse Chronic Disease encounter per policy

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/04/2022 | Counseling | Compliance - Treatment | Frazier, Gina | Verbalizes Understanding |
| 05/04/2022 | Counseling | Plan of Care | Frazier, Gina | Verbalizes Understanding |

**Co-Pay Required:** No  **Cosign Required:** Yes

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Frazier, Gina E RN on 05/04/2022 10:36

Requested to be cosigned by Lemke, Jamie N NP.

Cosign documentation will be displayed on the following page.

# North Carolina Department of Public Safety
# Cosign/Review

| | | | |
|---|---|---|---|
| Offender Name: INSCOE, WILLIAM M | | Off #: | 0568587 |
| Date of Birth: 12/07/1980 | Sex: M | Race: | WHITE |
| Encounter Date: 05/04/2022 09:45 | Provider: Frazier, Gina E RN | Facility: | NSHI |

**Cosigned by Lemke, Jamie N NP on 05/04/2022 10:47.**