

Josh Stein  
Governor

Leslie Cooley Dismukes  
Secretary

**TO:** William "Ashlee" Inscoe (0568587)

**FROM:** Ms. Walyko – HSPM III

**DATE:** 7/25/25

**RE:** Transgender Accommodation Requests

**NOTE: The previous memo, dated 7/22/25, is VOID. Clarification is denoted below.**

- Pat-frisk searches performed by female staff only
    - ❖ Disapproved at the facility level
        - Nash CI houses male offenders. If a female staff member is the sole person conducting the search, she will search you. If both male and female staff are conducting the searches, you will **NOT** have the option of choosing a specific staff member to perform the search.

- Complete searches by female staff
    - ❖ Disapproved at the facility level
        - May be revisited upon completion of the revised transgender policy (F. 4300).

- Transfer to female correctional institution
    - ❖ Disapproved at the facility level

- Vulvoplasty
    - ❖ Disapproved at the facility level
        - Requires DTARC review



**MAILING ADDRESS:**  
Nash Correctional Institution  
PO Box 600  
Nashville, NC 27856

**FROM THE OFFICE OF:**  
Talena Lee  
Warden  
Telephone: 252-459-4455  
https://dac.nc.gov

- T-shirts provided to female offenders
  - Disapproved at the facility level
    - These are not currently permitted in male correctional institutions.