IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:22-cv-00243-MR

| | |
|---|---|
| **ASHLEE INSCOE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| **NORTH CAROLINA DEPARTMENT,** | )   **ORDER** |
| **OF ADULT CORRECTIONS, et al.,** | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Unseal [Doc. 79] and on an independent review of the record.

The parties moved to seal various exhibits that they filed in support of summary judgment. [Docs. 60, 66, 71]. On August 18, 2025, the Court found the Motions to be insufficiently justified and denied them without prejudice for the parties to file amended motions to seal within 14 days. [Doc. 73]. The parties were cautioned that, if they failed to timely comply, the Court may instruct the Clerk to unseal the subject documents. [Id. 6-7].

The parties did not file amended motions to seal, and the time to do so has expired. Moreover, the Plaintiff has now moved to unseal the summary judgment exhibits and several other documents that were previously sealed

in this action, stating that the Plaintiff no longer believes that sealing them is warranted. [Doc. 79]. The Defendants filed a Notice stating that they do not intend to respond to the Plaintiff's Motion to Unseal. [Doc. 80].

As it now appears that the documents at issue do not require protection from public view, the Plaintiff's Motion to Unseal will be granted and the Clerk will be instructed to unseal the docket entries at issue.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Unseal [Doc. 79] is **GRANTED**, and the Clerk is respectfully instructed to **UNSEAL** Docket Entries 43, 48, 58, 64, 65, and 70.

**IT IS SO ORDERED**.

Signed: January 27, 2026

Martin Reidinger
Chief United States District Judge