DC-410 (Rev. 02/22)   — ATTN. PREA —

**NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY**
**PRISONS**
**ADMINISTRATIVE REMEDY PROCEDURE**   0568587

Offender Name: Ashlee Inscoe                    Offender #: ~~9/3/24~~

Location: NASH                    Date: 9/3/24

Grievance Statement: This grievance is being submitted
to report and address sexual harassment,
indecent exposure, stalking, threats to my
safety and wellbeing and failure to protect.
Offender Lamarr King (#1221361) is a male
inmate housed at Nash Corr. Inst. Nash is
designated as a male facility. Lamarr King
is currently incarcerated on multiple violent

What remedy would resolve your grievance?: To remedy this grievance
I want Lamarr King (#1221361) to be
transfered and permanently kept away
~~from me.~~ and an alert placed in central

Offender Signature: [signature]    pg 1 of 20

---

### OFFICIAL USE

Date received: 9/11/24    Receiving Officer Signature    WUD50
                                                          Staff ID

Facility #: 3710    Year: 2024    Housing #: 3CU    Sequence #: 25752

Distribution: White - Facility Copy; Pink - Offender Copy

ASHLEE INSCOE v. NCDAC, ET AL    1:22-CV-00243-MR    CONFIDENTIAL  -  004893

DC–410 (Rev. 02/22)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: Ashlee Inscoe        Offender #: 0568587

Location: NASh        Date: 9/3/24

Grievance Statement: Sex offenses along with other violent convictions. In Accordance to DAC/DOI Sexual Abuse and Harassment Policy (Ch. F. 3400) and 28. CFR 6.S. 115 et. (PREA-mandates), offender Iking is At A high risk of being sexually violent and sexually Abusive. King wAs housed on one of 48 bunk beds located in the dayroom (common area),

What remedy would resolve your grievance?: Monitoring indicating he is to Remain seperate from me. 2) I wANt to be trAnsfered to A female facility and placed with other female incarcer-

Offender Signature: [signature]    pg 2 of 20

---

### OFFICIAL USE

Date received: 9/11/24

[signature]
Receiving Officer Signature

WJDSU
Staff ID

Facility #: 3740    Year: 2024    Housing #: 3CU    Sequence #: 25752

Distribution: White - Facility Copy; Pink - Offender Copy

DC–410 (Rev. 02/22)

**NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY**
**PRISONS**
**ADMINISTRATIVE REMEDY PROCEDURE**

Offender Name: A. Inscoe        Offender #: 0768587

Location: Nash        Date: 9/3/24

Grievance Statement: during and prior to these events,
I am a female incarcerated person. Both
my sex and my gender are female. NCDAC
as well as Nash Administration are fully
aware of the fact that Im female. I am
housed in Unit 3 C Block, cell 204, one
of 60 occupied cells. I am the only female
incarcerated at Nash Corr. Inst. NCDAC

What remedy would resolve your grievance?: Atecl people for my safety
and well being and to prevent further
sexual abuse and harassment by male
incarcerated people, and AT and having to be

Offender Signature: [signature]        As 3 of 20

---

**OFFICIAL USE**

Date received: 9/11/24        [signature]        WJD52
                        Receiving Officer Signature        Staff ID

Facility #: 3710    Year: 2024    Housing #: 3CU    Sequence #: 25752

Distribution: White - Facility Copy; Pink - Offender Copy

DC–410 (Rev. 02/22)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
### ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: A. Inscoe     Offender #: 0568587

Location: NASH     Date: 9/3/24

Grievance Statement: Recognizes my risk safety profile
As being at an extremely high risk of
being sexually abuse a victimized. When
I come out of my cell for any reason,
I have to utilize and share the same
common areas and living/bunk areas, As
well As being in the constant presence of
male incarcerated people. If/when I want to use

What remedy would resolve your grievance?: Subjected to males in
A state of undress and exposing their
genitalia to me. 3) I want the same
protections and privileges As other

Offender Signature: [signature] Pg 4 of 20

---

### OFFICIAL USE

Date received: 9/11/24

Receiving Officer Signature

Staff ID: WUDSU

Facility #: 37U     Year: 2024     Housing #: 3CU     Sequence #: 25752

Distribution: White - Facility Copy; Pink - Offender Copy

ASHLEE INSCOE v. NCDAC, ET AL   1:22-CV-00243-MR   CONFIDENTIAL  -  004896

DC–410 (Rev. 02/22)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
### PRISONS
### ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: A. Inscoe   Offender #: 0568587

Location: Nash   Date: 9/3/24

Grievance Statement: (continue from pg 3) the inmate phones to call my family/friends, etc., I have to do so in the presence of men. As a direct and proximate result of being housed with men, I am forced to endure sexual harassment and abuse, along with male violence. - On August 23, 2024 at around 12:40pm – 12:50pm, I had gotten on the inmate phone

What remedy would resolve your grievance?: females incarcerated in NCDAC/DOT and the same right that other women have to bodily privacy and to be free from sexual abuse and harassment

Offender Signature: _____   pg 5 of 20

---

**OFFICIAL USE**

Date received: 9/11/24   Receiving Officer Signature   WWDSU
Staff ID

Facility #: 3710   Year: 2024   Housing #: 3CU   Sequence #: 25752

Distribution: White - Facility Copy; Pink - Offender Copy

Case 1:22-cv-00243-MR   Document 82-2   Filed 02/20/26   Page 5 of 22
ASHLEE INSCOE v. NCDAC, ET AL   1:22-CV-00243-MR   CONFIDENTIAL  -  004897

DC–410 (Rev. 02/22)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
### PRISONS
### ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: A. Inscoe     Offender #: 0568587

Location: NASh     Date: 9/3/24

Grievance Statement: Cont. from pg 4) located at the front of unit 3 c block. (phone #20). The phone is about the 10 feet from the bottom floor janitors closet and a shower located beside the closet. When I had gotten on the phone, the shower was unoccupied and so were the other shower(s) in 3-C. Offender King was sweeping the floor in the dryroom,

What remedy would resolve your grievance?: by men, (other females in custody do not have to worry about males in custody stalking them and masturbating to / toward them, (con 4) I want NCDAC

Offender Signature: _____     pg 6 of 20

---

**OFFICIAL USE**

Date received: 9/11/24

Receiving Officer Signature

WJDSU
Staff ID

Facility #: 3110     Year: 2024     Housing #: 3CU     Sequence #: 25752

Distribution: White - Facility Copy; Pink - Offender Copy

ASHLEE INSCOE v. NCDAC, ET AL     1:22-CV-00243-MR     CONFIDENTIAL  -  004898

DC-410 (Rev. 02/22)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: A. Inscoe     Offender #: 0568587

Location: Nash     Date: 9/3/24

Grievance Statement: (Continue from pg 5) When King saw me get on the phone, he stopped what he was doing, went to his bunk, and come to the shower beside me carrying a plastic day-room chair and his shower items. King entered the shower and closed the blue shower curtain. I was sitting in a chair on the phone and looking away from the shower.

What remedy would resolve your grievance?: And staff at Nash to take seriously the Risk safety profiles indicated by PREA in Assigning people such as King that are Now High Risk sexual predators

pg 7 of 20

Offender Signature:

---

### OFFICIAL USE

Date received: 9/11/24

Receiving Officer Signature

Staff ID: WSDU

Facility #: 3710     Year: 2024     Housing #: 3CU     Sequence #: 25752

Distribution: White - Facility Copy; Pink - Offender Copy

ASHLEE INSCOE v. NCDAC, ET AL   1:22-cv-00243-MR   CONFIDENTIAL -  004899

DC–410 (Rev. 02/22)

Offender Name: A. Inscoe                    Offender #: 0568587

Location: Nash                              Date: 9/3/24

Grievance Statement: (cont. from pg 6) and toward the dayroom and officer's podium. After a couple of minutes, (about 12:56pm), I heard King say to me from the shower: "Ashlee, let me put this dick in you." I was startled at what he said and when I looked toward the shower, Offender King had the curtain pulled open into the shower about 2 feet

What remedy would resolve your grievance?: in the dorm or to job or housing assignments with person(s) that are at a high risk of being victimized (such as myself). 5) I also wish to pursue

Offender Signature: _____ pg 8 of 20

---

**OFFICIAL USE**

Date received: 9,11,24

Receiving Officer Signature

WJDSU
Staff ID

Facility #: 3740      Year: 2024      Housing #: 3CU      Sequence #: 25752

Distribution: White - Facility Copy; Pink - Offender Copy

ASHLEE INSCOE v. NCDAC, ET AL    1:22-CV-00243-MR    CONFIDENTIAL  -  004900

DC–410 (Rev. 02/22)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
### PRISONS
### ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: A. INSCOE     Offender #: 0568587

Location: NASH     Date: 9/3/24

Grievance Statement: (cont. from pg 8) and held by a chair. King was completely naked standing in the area that he had open and was actually masturbating while standing directly and intently at me. King was holding and vigorously stroking his erect penis. He appeared to ejaculate directly after he called my name and got my attention to look

What remedy would resolve your grievance?: Criminal charges against King.

Offender Signature: [signature] pg 9 of 20

---

### OFFICIAL USE

Date received: 9, 11, 24     Receiving Officer Signature [signature]     WJDSD Staff ID

Facility #: 3770    Year: 2024    Housing #: 3CU    Sequence #: 25752

Distribution: White - Facility Copy; Pink - Offender Copy

ASHLEE INSCOE v. NCDAC, ET AL    1:22-CV-00243-MR    CONFIDENTIAL  -  004901

DC–410 (Rev. 02/22)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: A. INSCOE                     Offender #: 0568587

Location: NASh                               Date: 9/3/24

Grievance Statement: (Cont. from pg 9) at him, I saw a white
substance spray from his penis. I hung up
the phone and notified the officer (Alford) of
what had happened and said I needed to
see the sergeant. I then went to the Sergeants
office in Unit 3 and told Sgt. D. Spruital
what King had just done to me. He veiwed
the camera (unit 3-C-96) and sent me to

What remedy would resolve your grievance? _____

_____

Offender Signature: _____ pg 10 of 20

---

**OFFICIAL USE**

Date received: 9, 11, 24        Receiving Officer Signature        WJDCU
                                                                   Staff ID

Facility #: 3710    Year: 2024    Housing #: 3CU    Sequence #: 25752

Distribution: White - Facility Copy; Pink - Offender Copy

Case 1:22-cv-00243-MR    Document 82-2    Filed 02/20/26    Page 10 of 22
ASHLEE INSCOE v. NCDAC, ET AL    1:22-CV-00243-MR    CONFIDENTIAL   -   004902

DC–410 (Rev. 02/22)

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: A. INSCOE

Offender #: 0568587

Location: NASH

Date: 9/3/24

Grievance Statement: (Cont. from pg(8) Ms. D. Clark (unit manag-
er, unit 3). I reported to Ms. Clark what
King had done to me. She veiwed the
camera footage and contacted Ms. J. Webb
(PREA compliance manager) and I told Ms. Clark
that I am reporting King sexually harassing
me, indecently exposing himself to me, and
actively masturbating to me. Ms. Clark sent

What remedy would resolve your grievance?: _____

_____

_____

Offender Signature: _____ pg 11 of 20

---

### OFFICIAL USE

Date received: 9, 11, 24

Receiving Officer Signature

WSDSU
Staff ID

Facility #: 3740    Year: 2024    Housing #: 3CU    Sequence #: 25752

Distribution: White - Facility Copy; Pink - Offender Copy

ASHLEE INSCOE v. NCDAC, ET AL    1:22-CV-00243-MR    CONFIDENTIAL  -  004903

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
### PRISONS
### ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: A. INSCOE        Offender #: 0568587

Location: NASH        Date: 9/3/24

Grievance Statement: (cont. from pg 10) me to Unit One to see Ms. Webb. When I arrived at Unit one, I reported to Ms. Webb what King had done and that King had been sexually harassing me, that he indecently exposed himself to me while actually masturbating to me and in my direct presence. Ms. Webb looked at the camera footage on Unit 3-C-96 at around

What remedy would resolve your grievance?: _____

_____

_____

Offender Signature: _____ pg 12 of 20

---

### OFFICIAL USE

Date received: 9/11/24

Receiving Officer Signature

Staff ID: WJDSU

Facility #: 3410    Year: 2024    Housing #: 3CU    Sequence #: 25752

Distribution: White - Facility Copy; Pink - Offender Copy

DC–410 (Rev. 02/22)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
### PRISONS
### ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: A. INSCOE      Offender #: 0568587

Location: Nash      Date: 9/3/24

Grievance Statement: (cont. from pg 12) 12:50pm - 1:00pm. After veiwing the footage and verifying what I reported, Ms. Webb contacted Ms. T. Lee (warden) and told Ms. Lee what King had done. Webb contacted unit 3 and moved King from 3-C to unit one to seperate him from me instead of placing him in restricted housing. I was sent back to Unit 3 once

What remedy would resolve your grievance?: _____

Offender Signature: _____ pg 13 of 20

---

**OFFICIAL USE**

Date received: 9, 11, 24      Receiving Officer Signature      WWDSO    Staff ID

Facility #: 3710    Year: 2024    Housing #: 3CU    Sequence #: 25752

Distribution: White - Facility Copy; Pink - Offender Copy

Case 1:22-cv-00243-MR    Document 82-2    Filed 02/20/26    Page 13 of 22
ASHLEE INSCOE v. NCDAC, ET AL    1:22-CV-00243-MR    CONFIDENTIAL   -   004905

DC–410 (Rev. 02/22)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: A. Inscoe          Offender #: 0568587

Location: NASh          Date: 9/3/24

Grievance Statement: Cont'i from pg 13) ... King was moved to unit one. When in the office with Ms. Webb, she told me that Mr. Glover (unit 2 unit mngr) would call me on Monday (8/26/24) and that Mr. Herring is the PREA support person and would meet with me. - At around 6:00-6:30pm, offender King come to Unit 3 and walked in to C-Block. King is suppose to stay

What remedy would resolve your grievance?: _____

Offender Signature: _____   pg 14 of 20

---

**OFFICIAL USE**

Date received: 9, 11, 24          Receiving Officer Signature          WWDSU
                                                                        Staff ID

Facility #: 3710     Year: 2024     Housing #: 3CU     Sequence #: 25752

Distribution: White - Facility Copy; Pink - Offender Copy

DC–410 (Rev. 02/22)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: A. Inscoe

Offender #: 0568587

Location: wash

Date: 9/3/24

Grievance Statement: (can't (illegible)) Away from me. When I saw him enter the dorm, I went to notify Sgt. Stratew (Ricks); she made him leave. At medication call (around 7:00pm-7:30pm) I went to the med window. Offender King come from unit one and while at the medication line, he communicated threats to me and told me that if I pursued the

What remedy would resolve your grievance?: _____

_____

_____

Offender Signature: _____    pg 15 of 20

| OFFICIAL USE |
| --- |

Date received: 9/11/24

Receiving Officer Signature

Staff ID: WSD5U

Facility #: 3740    Year: 2024    Housing #: 5CU    Sequence #: 25752

Distribution: White - Facility Copy; Pink - Offender Copy

ASHLEE INSCOE v. NCDAC, ET AL    1:22-CV-00243-MR    CONFIDENTIAL  -  004907

DC–410 (Rev. 02/22)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
### ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: A. Inscoe                    Offender #: 0563587

Location: Nash                    Date: 9/3/24

Grievance Statement: Cont. from pg 15) "PREA" he would cause me harm. He said: "That faggot Ashlee put a prea on ~~him~~ me; me fun me, pecking on him. He wants to look like a woman then I'm gonna come over there and fuck him like a woman), that will give you something to put a prea on." Then he said: "Push that prea and I'll fuck you up; I know where you live." I hurried back

What remedy would resolve your grievance?: _____

_____

_____

Offender Signature: _____ pg 16 of 20

| OFFICIAL USE |

Date received: 9, 11, 24

Receiving Officer Signature

Staff ID: WJDSW

Facility #: 3710    Year: 2024    Housing #: 3CU    Sequence #: 25752

Distribution: White - Facility Copy; Pink - Offender Copy

DC-410 (Rev. 02/22)

**NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY**
**PRISONS**
**ADMINISTRATIVE REMEDY PROCEDURE**

Offender Name: A. Inscoe    Offender #: 0568581

Location: Nash    Date:

Grievance Statement: (Continue from pg 16) to my dorm to get away from him. When the building sergeant come back, I told her what he had said. On 8/28/24, About 1:30pm, King sent an offender in to give me a message (a threat) telling me that King said if I didn't drop the PREA and telling staff what he did, that he was "jacking on me".

What remedy would resolve your grievance?: _____

_____

_____

_____

Offender Signature: _____ pg 17 of 20

| OFFICIAL USE |
| --- |

Date received: 9,11,24

Receiving Officer Signature

WJD80
Staff ID

Facility #: 3710    Year: 2024    Housing #: 3CU    Sequence #: 25752

Distribution: White - Facility Copy; Pink - Offender Copy

DC–410 (Rev. 02/22)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: A. Inscoe                Offender #: 0568581

Location: MALh                          Date: 9/3/24

Grievance Statement: On he would cause me harm.
I've had several other incarcerated
people tell me that while King was in
the dorm with me and after I reported
this incident, he was bragging about
how many times he masturbated to me
without me knowing and him getting
caught and has said that he wished that

What remedy would resolve your grievance?: _____

_____

Offender Signature: _____ Pg 18 of 20

---

### OFFICIAL USE

Date received: 9/11/24

Receiving Officer Signature

Staff ID: WSDSO

Facility #: 3710    Year: 2024    Housing #: 3CU    Sequence #: 25752

Distribution: White - Facility Copy; Pink - Offender Copy

ASHLEE INSCOE v. NCDAC, ET AL    1:22-CV-00243-MR    CONFIDENTIAL  -  004910

DC–410 (Rev. 02/22)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: A. Inscoe          Offender #: 0568581

Location: Nash          Date: 9/3/24

Grievance Statement: he could have came in on me while I was in the shower or come into my cell and sexually assault me. DAC staff was also had to make Iking leave me alone because he was harassing and stalking me. Officer K. Johnson (female 2nd shift) and Officer Parrish (male 2nd shift). This has happened on several occasions and I request a statement by

What remedy would resolve your grievance?: _____

_____

Offender Signature: _____ by 19 of 20

### OFFICIAL USE

Date received: 9/11/24          Receiving Officer Signature          Staff ID WDSO

Facility #: 370     Year: 2024     Housing #: 3CU     Sequence #: 25752

Distribution: White - Facility Copy; Pink - Offender Copy

DC-410 (Rev. 02/22)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: A. Inscoe                    Offender #: 0568587

Location: Nash                              Date: 9/3/24

Grievance Statement: these staff if at all possible. King
continues to have contact with me and
has continued to make threats and vulgar
comments to me. As of today (9/3/24) the
last time he said any things to me was on
9/2/24 at about 7:00pm - 7:30pm in the medication
line. He said: "I'm still gonna get some of
that Ass." As he walked past me.

What remedy would resolve your grievance?: _____

_____

_____

Offender Signature: _____ pg 20 of 20

OFFICIAL USE

Date received: 9/11/24     Receiving Officer Signature     WJJKU
                                                            Staff ID

Facility #: 3740   Year: 2024   Housing #: 3CU   Sequence #: 25752

Distribution: White - Facility Copy; Pink - Offender Copy



NC Department of
Adult Correction
PROTECTION · INNOVATION
REHABILITATION

Roy Cooper, Governor

Todd E. Ishee, Secretary

## **Step One - Unit Response**

**Regarding Grievance No.: 3710-2024-3CU--25752**
**Received: 09/11/2024**

**Inmate:   INSCOE, WILLIAM M - 0568587**
**Location: 3710-NASH CI - 3CU- 002**

Your grievance has been identified as an allegation of inmate sexual abuse or harassment. Your grievance has been forwarded to the Facility Head for appropriate action according to the Prison Rape Elimination Act of 2003 and the Division for Adult Correction, Prisons, Inmate Sexual Abuse and Sexual Harassment Policy, Chapter F, Section .3400. Incident has been generated refer to incident #3710-24-244. No further action is necessary at this time.

09/11/2024                                        WEBB,JENNIFER D
_____                          _____
*Date*                                            *Staff Electronic Signature*

(A)_____ Agree with grievance response        (B) __X__ Appeal to Step Two (24-hour limit)

9/11/24                                          _____
*Date*                                            *Inmate Signature*

_____                          _____
*Date*                                            *Witness Signature (optional)*

cc: CTS

**ADDRESS:**
2869 US HWY 64A
NASHVILLE, NC 27856-8765


An Equal Opportunity Employer

**FROM THE OFFICE OF:**
WEBB,JENNIFER D
UNIT CUSTODY STAFF
Telephone: (252)459-4455
Fax: (252)459-7728
https://dac.nc.gov



Roy Cooper, Governor

Todd E. Ishee, Secretary

## Step Two - Area/Complex/Institution Response

**Regarding Grievance No.: 3710-2024-3CU--25752**
**Received: 09/11/2024**

**Inmate:  INSCOE, WILLIAM M - 0568587**
**Location: 3710-NASH CI - 3CU- 002**

I have reviewed your grievance and the Step 1 response. An incident report has been generated on this situation. You will be informed of the outcome once the investigation is complete. No further action is needed.

| | |
|---|---|
| 10/04/2024 | WARD JR, CURTIS |
| *Date* | *Staff Electronic Signature* |

(A)_____ Agree with grievance response          (B) __X__ Appeal to Secretary, DAC (24-hour limit)

| | |
|---|---|
| 10/4/24 | |
| *Date* | *Inmate Signature* |

| | |
|---|---|
| *Date* | *Witness Signature(optional)* |

cc: CTS



**ADDRESS:**
2869 US HWY 64A
NASHVILLE, NC 27856-8765

An Equal Opportunity Employer

**FROM THE OFFICE OF:**
SIMMONS, MICHAEL B.
A/I CUSTODY STAFF
Telephone: (252)459-4455
Fax: (252)459-7728

**https://dac.nc.gov**