

# LAMARR E KING
**Offender ID:** 1221361
**Inmate Status:** ACTIVE
**Gender:** MALE
**Race:** BLACK/AFRICAN AMERICAN
**Ethnic Group:** NOT HISPANIC/LATINO
**Birth Date:** 06/12/1983
**Age:** 42
**Current Location:** NASH CI

## Name(s) Of Record

| Last Name | Suffix | First Name | Middle Name | Name Type |
|-----------|--------|-----------|-------------|-----------|
| KING | | LAMARR | E | COMMITTED |

## Most Recent Incarceration Summary

| | |
|---|---|
| **Incarceration Status:** ACTIVE | **Total Incarceration Term:** 27 YEARS 8 MONTHS |
| **Conviction Date:** 08/12/2010 | **Projected Release Date:** 10/16/2031 |
| **Primary Crime:** SEXUAL OFFENSE 1ST DEGREE (PRINCIPAL) | **Primary Crime Type:** FELON |
| **Special Characteristics:** REGULAR | **Current Status:** FELON |
| **Admission Date:** 08/13/2010 | **Admission Facility:** CENTRAL PRISON |
| **Control Status:** REGULAR POPULATION | **Next Control Review:** UNKNOWN |
| **Custody Classification:** MEDIUM | **Next Custody Review:** UNKNOWN |
| **Number Of Infractions:** 52 | **Last Infraction Date:** 11/19/2023 |
| **Current Location:** NASH CI | **Previous Location:** CASWELL CC |
| **Last Movement :** RECEIVED FROM CASWELL CC | **Last Movement Date:** 02/12/2026 |

Escapes?: N

## Offender Sentence History

### Most Recent Period of Incarceration Record

| | |
|---|---|
| **Sentence Number:** BA-001 | **Commitment Type:** INMATE |
| **Conviction Date:** 08/12/2010 | **County Of Conviction:** ROWAN |
| **Service Status:** ACTIVE | **Sentence Begin Date:** 08/12/2010 |

# Offender Sentence History

**Sentence Status:** CORRECT
**Punishment Type:** ACTIVE SS
**Sentence Type 1:** DEPT OF CORR DIV OF PRISONS
**Minimum Term:** 22 YEARS 5 MONTHS

**Actual Release Date:**
**Projected Release Date:** 10/16/2031

**Maximum Term:** 27 YEARS 8 MONTHS

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| INITIAL | 07006679 | SEXUAL OFFENSE 1ST DEGREE (PRINCIPAL) | 05/01/2001 | FELON | CLASS B1 SS |
| CONSOLIDATED FOR JUDGMENT | 07006680 | SEXUAL OFFENSE 1ST DEGREE (PRINCIPAL) | 05/01/2007 | FELON | CLASS B1 SS |
| CONSOLIDATED FOR JUDGMENT | 07006681 | SEXUAL OFFENSE 1ST DEGREE (PRINCIPAL) | 05/01/2007 | FELON | CLASS B1 SS |
| CONSOLIDATED FOR JUDGMENT | 07006682 | SEXUAL OFFENSE 1ST DEGREE (PRINCIPAL) | 05/01/2007 | FELON | CLASS B1 SS |
| CONSOLIDATED FOR JUDGMENT | 07006683 | SEXUAL OFFENSE 1ST DEGREE (PRINCIPAL) | 05/01/2007 | FELON | CLASS B1 SS |
| CONSOLIDATED FOR JUDGMENT | 07006684 | SEXUAL OFFENSE 1ST DEGREE (PRINCIPAL) | 05/01/2007 | FELON | CLASS B1 SS |
| CONSOLIDATED FOR JUDGMENT | 07006685 | SEXUAL OFFENSE 1ST DEGREE (PRINCIPAL) | 05/01/2007 | FELON | CLASS B1 SS |
| CONSOLIDATED FOR JUDGMENT | 07053767 | RAPE FIRST DEGREE (ATTEMPTED) | 05/15/2007 | FELON | CLASS B2 SS |
| CONSOLIDATED FOR JUDGMENT | 07053768 | RAPE FIRST DEGREE (ATTEMPTED) | 05/15/2007 | FELON | CLASS B2 SS |
| CONSOLIDATED FOR JUDGMENT | 07053769 | RAPE FIRST DEGREE (ATTEMPTED) | 05/15/2007 | FELON | CLASS B2 SS |
| CONSOLIDATED FOR JUDGMENT | 07053770 | RAPE FIRST DEGREE (ATTEMPTED) | 05/15/2007 | FELON | CLASS B2 SS |
| CONSOLIDATED FOR JUDGMENT | 07053772 | RAPE FIRST DEGREE (ATTEMPTED) | 05/15/2007 | FELON | CLASS B2 SS |
| CONSOLIDATED FOR JUDGMENT | 07053778 | INDECENT LIBERTY W/CHILD (PRINCIPAL) | 05/15/2007 | FELON | CLASS F |
| CONSOLIDATED FOR JUDGMENT | 07053782 | INDECENT LIBERTY W/CHILD (PRINCIPAL) | 05/15/2007 | FELON | CLASS F |
| CONSOLIDATED FOR JUDGMENT | 07053783 | INDECENT LIBERTY W/CHILD (PRINCIPAL) | 05/15/2007 | FELON | CLASS F |
| CONSOLIDATED FOR JUDGMENT | 07053784 | INDECENT LIBERTY W/CHILD (PRINCIPAL) | 05/15/2007 | FELON | CLASS F |
| CONSOLIDATED FOR JUDGMENT | 07053785 | INDECENT LIBERTY W/CHILD (PRINCIPAL) | 05/15/2007 | FELON | CLASS F |