# DECLARATION OF ASHLEE INSCOE IN SUPPORT OF EMERGENCY TRO AND PRELIMINARY INJUNCTION

I, Ashlee Inscoe, declare under penalty of perjury:

1. I am the Plaintiff in this case. I am currently incarcerated at Nash Correctional. I am an intersex female. Staff at Nash Correctional have been aware of my gender for years since I arrived at this prison in February 2022.

2. Everything that I wrote in my grievance dated September 3, 2024 (number 3710-2024-3CU-25752) about Lamarr King threatening, stalking me, and masturbating at me is true and correct.

3. Even after I filed that grievance, King remained in the general population in Nash, and every time I saw him, at the medicine line, in the dining hall, in common spaces, he would threaten me.

4. I had complained to Ms. Webb and to Ms. Lee about it consistently until on or about February 2025, when he was shipped out to a different prison. There should be emails back and forth about this because there has been a lot of discussion among sergeants, unit managers, and high level staff about this situation.

5. He returned to Nash Correctional on February 12, 2026, and he has been stalking, threatening, and sexually harassing me ever since. He has even come into my dorm even though he doesn't live in this dorm.

6. It makes me scared to go to meals or to go get my medicine.

7. Defendants have not taken reasonable steps to protect me.

8. I fear I will be sexually assaulted imminently.

9. If the Court does not order immediate protection, I believe I will suffer serious harm, up to and including sexual assault.

Executed on February 20, 2026,

Signature: [signature forthcoming]
 Ashlee Inscoe
 OPUS # 0568587

This declaration was affirmed by Ashlee Inscoe over the phone around 12:00-12:10 pm on February 20, 2026. Due to her incarcerated status, it is impossible to obtain a signature on an expedited basis and her signature will follow as soon as it is available.

/s/ Elizabeth Guild Simpson