

Elizabeth Simpson <elizabeth@emancipatenc.org>

## potential threat to Ashlee Inscoe (0568587)
1 message

**Elizabeth Simpson** <elizabeth@emancipatenc.org>                         Mon, Feb 16, 2026 at 2:22 PM
To: "Lee, Talena" <talena.lee@dac.nc.gov>, "Milholland, John" <jmilholland@ncdoj.gov>, "Rodriguez, Orlando" <orlando.rodriguez@dac.nc.gov>

Good afternoon Warden Lee
cc: Attorneys Milholland and Rodriguez

I wanted to draw your attention to a potential threat to Ashlee Inscoe's safety. Offender Lamarr E. King (OPUS 1221361) previously threatened sexual/physical harm to Ms. Inscoe in August/September 2024, which was the subject of a grievance (# 3710-2024-3cu-25752). It appears that he was transferred to Nash CI on 2/12/26 and Ms. Inscoe reports that he has threatened her again.

Sincerely,
Elizabeth Simpson

* * *

Elizabeth Simpson (she/her)
strategic director & attorney
EMANCIPATE NC
703.587.8563 (cell)
www.emancipatenc.org