UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
FILE No. 1:22-CV-00243-MR

| | | |
|---|---|---|
| ASHLEE INSCOE,<br><br>Plaintiff,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **DECLARATION OF CHARLOTTE JORDAN WILLIAMS** |

I, Charlotte Jordan Williams, being competent to testify, and having personal knowledge of the matters herein, hereby state:

1. I am Director of the NC Department of Adult Correction ("DAC") Prison Rape Elimination Act ("PREA") Office. The PREA Office maintains various materials related to PREA, including letters received from individuals and PREA audits of facilities. PREA incident reports, evidence, and statements are maintained at the facilities and Region Offices. As PREA Director, I have access to view the OPUS PREA documents attached by the facility and/or region.

2. Incident reports are maintained at the facility, along with facility level grievance documents and any up-to-date monitoring implemented as a result. Per policy, PREA records are to be maintained for the duration, plus five years, of the offender's incarceration.

3. On or about, February 11, 2025, I was contacted by counsel for Defendants and asked to search for additional PREA records relating to Plaintiff. At that time, I was under the impression that counsel for Defendants was only seeking the records maintained by the

PREA office. Thus, I gathered and provided to Counsel for Defendants, all PREA records related to Plaintiff that were maintained by the PREA office.

4. This week, I was informed that the original request for PREA records was intended to capture all related records and not just those maintained in the PREA office.
5. Based on this understanding, I have begun coordinating with other individuals throughout the agency, including facilities and regional offices to gather up any and all materials related to any PREA incident involving Plaintiff, from July 1, 2017, to present, to include: grievances, incident reports, witness statements, handwritten and typed notes, memoranda and correspondence.
6. When I provided the documents to counsel for Defendants as described in paragraph 3 above, I did so in good-faith and based on my understanding of the nature of the request at that time. At that time, I had no intention of concealing any records, I have not destroyed any documents, and the oversight in gathering documents from outside of the PREA office was simply due to a miscommunication and misunderstanding between myself and counsel for Defendants.

Further the Declarant sayeth not.

(This space intentionally left blank)

Pursuant to 28 U.S.C. § 1746(2), I verify under penalty of perjury that the foregoing Declaration is true and correct in substance and in fact to the best of my knowledge and belief.

Respectfully submitted this the 02 day of March 2026.

Charlotte. Williams

Charlotte Jordan Williams