UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
FILE No. 1:22-CV-00243-MR

| | | |
|---|---|---|
| ASHLEE INSCOE,<br><br>Plaintiff,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF ADULT CORRECTIONS, *et al*.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **DECLARATION OF CHARLOTTE JORDAN WILLIAMS** |

I, Charlotte Jordan Williams, being competent to testify, and having personal knowledge of the matters herein, hereby state:

1. I am Director of the NC Department of Adult Correction ("DAC") Prisoner Rape Elimination Act ("PREA") Office. The PREA Office maintains letters received from individuals and audits of facility PREA compliance. PREA incident reports are maintained at the facilities and Region Offices and can be viewed in OPUS. As PREA Director, I have access to view the OPUS PREA level documents.
2. I was asked to and I have collected all PREA documents related to Offender Inscoe from July 1, 2017.
3. I was asked to and I have collected all PREA documents related to Offender Inscoe from July 1, 2017 to present, to include: incident reports, witness statements, handwritten and typed notes, memoranda and correspondence.
4. For this document collection, I ran an OPUS report to determine all PREA investigations existing from July 1, 2017, through present. Although I started this document collection

when contacted by Counsel, I also checked again on March 10, 2026, to make sure no additional PREA reports came in since being asked to pull the documents.

5. Plaintiff has PREA reports at three facilities since July 1, 2017, Avery Mitchell (7), Harnett (1), and Nash (6).

6. I asked each facility to compile all records from their PREA reports, including: going back through July 1, 2017 and specifically for the 14 identified in OPUS, PREA required documentation and related forms, statements, incident reports, and even grievances, which are not considered PREA documents and is why there is more than just PREA documentation being produced. This should include all related notes, statements, and correspondence.

7. The facilities have confirmed to me that they are sending everything and to the best of my knowledge and belief, these will be all the PREA documents for the given time period.

8. When reviewing the OPUS record identifying Plaintiff's 14 PREA reports, only 1 is substantiated, the 2024 report relating to Offender Lamarr King. The other 13 are all unsubstantiated, unfounded, or are not considered PREA. By not considered PREA, it means Plaintiff's report did not meet the definition of PREA, like a report of a single instance of sexual harassment. The facilities will go ahead and log in to it in the system so that there is a record in the event there are additional reports. I have printed the OPUS report identifying the PREA reports and attached it to this Declaration.

Further the Declarant sayeth not.

(This space intentionally left blank)

Pursuant to 28 U.S.C. § 1746(2), I verify under penalty of perjury that the foregoing Declaration is true and correct in substance and in fact to the best of my knowledge and belief.

Respectfully submitted this the 11 day of March, 2026.

Charlotte. Williams

Charlotte Jordan Williams

# NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION

## PREA Incident Detail Report

Report Date: - 03/10/26
Offender Participant: INSCOE, WILLIAM (0568587)

Facility: NASH CI (3710)

| Incident | Incident Time | How Reported | Who Reported | Date | Validity | LEA Refer |
|---|---|---|---|---|---|---|
| 3710-22-36 | 04/08/22 01:20 PM | INMATE VICTIM | INSCOE, WILLIAM M (0568587) | 04/08/22 | NON PREA 1ST SEXUAL HARASMNT | |

| Event Sequence | Time | Location | Type of Sexual Misconduct | Nature |
|---|---|---|---|---|
| 10 | 04/08/22 01:20 | YARD MEDICATION LINE | INM/INM SEXUAL HARASSMENT | INMATE OTHER |

| Participant Type | Participant Name | Race | Gender | Sex Orient | Age At Time | Admin Actions |
|---|---|---|---|---|---|---|
| AGGRESSOR | [redacted] | BLACK/AFRICAN AMERICAN | MALE | HETEROSEXUAL | 42 | AGGRSR OTHER |
| VICTIM | INSCOE, WILLIAM (0568587) | WHITE | MALE | INTERSEX | 41 | VICTIM NONE |

| Incident | Incident Time | How Reported | Who Reported | Date | Validity | LEA Refer |
|---|---|---|---|---|---|---|
| 3710-22-129 | 09/14/22 04:30 PM | INMATE VICTIM | INSCOE, WILLIAM M (0568587) | 09/14/22 | NON PREA 1ST SEXUAL HARASMNT | N |

| Event Sequence | Time | Location | Type of Sexual Misconduct | Nature |
|---|---|---|---|---|
| 10 | 09/14/22 04:30 | DORM/HOUSING UNIT | INM/INM SEXUAL HARASSMENT | INMATE OTHER |

| Participant Type | Participant Name | Race | Gender | Sex Orient | Age At Time | Admin Actions |
|---|---|---|---|---|---|---|
| AGGRESSOR | [redacted] | BLACK/AFRICAN AMERICAN | MALE | BISEXUAL | 30 | AGGRSR OTHER AGGRSR IN SEG/CONTROL |
| VICTIM | INSCOE, WILLIAM (0568587) | WHITE | MALE | INTERSEX | 41 | VICTIM NONE |

Report Date: - 03/10/26
Offender Participant: INSCOE, WILLIAM (0568587)

Facility: NASH CI (3710)

| Incident | Incident Time | How Reported | Who Reported | Date | Validity | LEA Refer |
|---|---|---|---|---|---|---|
| 3710-23-62 | 03/06/23 07:17 PM | INMATE VICTIM | INSCOE, WILLIAM M (0568587) | 03/06/23 | UNSUBSTANT/INSUFF EVID | N |

| Event Sequence | Time | Location | Type of Sexual Misconduct | Nature |
|---|---|---|---|---|
| 10 | 03/06/23 07:17 | YARD MEDICATION LINE | INM/INM SEXUAL ABUSE | INMATE OTHER |

| Participant Type | Participant Name | Race | Gender | Sex Orient | Age At Time | Admin Actions |
|---|---|---|---|---|---|---|
| AGGRESSOR | [redacted] | BLACK/AFRICAN AMERICAN | MALE | HETEROSEXUAL | 44 | AGGRSR IN SEG/CONTROL |
| VICTIM | INSCOE, WILLIAM (0568587) | WHITE | MALE | INTERSEX | 42 | VICTIM NONE |

| Incident | Incident Time | How Reported | Who Reported | Date | Validity | LEA Refer |
|---|---|---|---|---|---|---|
| 3710-23-116 | 04/08/23 03:15 PM | INMATE VICTIM | INSCOE, WILLIAM M (0568587) | 04/27/23 | UNSUBSTANT/INSUFF EVID | |

| Event Sequence | Time | Location | Type of Sexual Misconduct | Nature |
|---|---|---|---|---|
| 10 | 04/08/23 03:15 | DORM/HOUSING UNIT PHONE AREA | INM/INM SEXUAL HARASSMENT | INMATE OTHER |

| Participant Type | Participant Name | Race | Gender | Sex Orient | Age At Time | Admin Actions |
|---|---|---|---|---|---|---|
| AGGRESSOR | [redacted] | BLACK/AFRICAN AMERICAN | MALE | HETEROSEXUAL | 38 | AGGRSR IN SEG/CONTROL |
| VICTIM | INSCOE, WILLIAM (0568587) | WHITE | MALE | INTERSEX | 42 | VICTIM NONE |

# NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION

## PREA Incident Detail Report

Report Date: - 03/10/26
Offender Participant: INSCOE, WILLIAM (0568587)

Facility: NASH CI (3710)

| Incident | Incident Time | How Reported | Who Reported | Date | Validity | LEA Refer |
|---|---|---|---|---|---|---|
| 3710-23-171 | 06/13/23 10:10 AM | INMATE VICTIM | INSCOE, WILLIAM M (0568587) | 07/18/23 | NON PREA PRELIMINARY REVIEW | |

| Event Sequence | Time | Location | Type of Sexual Misconduct | Nature |
|---|---|---|---|---|
| 10 | 06/13/23 10:10 | DORM/HOUSING UNIT UNIT 3 C-BLK | STAFF SEXUAL HARASSMENT | SEXUAL HARASSMENT BY STF |

| Participant Type | Participant Name | Race | Gender | Sex Orient | Age At Time | Admin Actions |
|---|---|---|---|---|---|---|
| AGGRESSOR | [redacted] | BLACK/AFRICAN AMERICAN | MALE | | 43 | STAFF OTHER |
| VICTIM | INSCOE, WILLIAM (0568587) | WHITE | MALE | INTERSEX | 42 | VICTIM NONE |

| Incident | Incident Time | How Reported | Who Reported | Date | Validity | LEA Refer |
|---|---|---|---|---|---|---|
| 3710-24-244 | 08/23/24 02:15 PM | INMATE VICTIM | INSCOE, WILLIAM M (0568587) | 08/23/24 | SUBSTANTIATED/OCCURRED | N |

| Event Sequence | Time | Location | Type of Sexual Misconduct | Nature |
|---|---|---|---|---|
| 10 | 08/23/24 02:15 | DORM/HOUSING UNIT UNIT 3 C-BLK | INMATE/INMATE SEXUAL ACT | INMATE OTHER |

| Participant Type | Participant Name | Race | Gender | Sex Orient | Age At Time | Admin Actions |
|---|---|---|---|---|---|---|
| AGGRESSOR | [redacted] | BLACK/AFRICAN AMERICAN | MALE | HETEROSEXUAL | 41 | AGGRSR REFD FOR PROSECUTION |
| VICTIM | INSCOE, WILLIAM (0568587) | WHITE | MALE | INTERSEX | 43 | VICTIM NONE |

PREA Incidents for NASH CI (3710) : 6

# NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION

## PREA Incident Detail Report

Report Date: - 03/10/26
Offender Participant: INSCOE, WILLIAM (0568587)

Facility: HARNETT CI (3805)

| Incident | Incident Time | How Reported | Who Reported | Date | Validity | LEA Refer |
|---|---|---|---|---|---|---|
| 3805-23-11 | 01/05/23 04:07 PM | CUSTODY STAFF | | 01/09/23 | UNSUBSTANT/INSUFF EVID | N |

| Event Sequence | Time | Location | Type of Sexual Misconduct | Nature |
|---|---|---|---|---|
| 10 | 01/05/23 04:07 | RECEIVING 3805 | STAFF SEXUAL HARASSMENT | SEXUAL HARASSMENT BY STF |

| Participant Type | Participant Name | Race | Gender | Sex Orient | Age At Time | Admin Actions |
|---|---|---|---|---|---|---|
| AGGRESSOR | [redacted] | WHITE | MALE | | 42 | STAFF OTHER |
| VICTIM | INSCOE, WILLIAM (0568587) | WHITE | MALE | INTERSEX | 42 | VICTIM TRANSFERRED |

PREA Incidents for HARNETT CI (3805) : 1

# NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION

## PREA Incident Detail Report

Report Date: - 03/10/26
Offender Participant: INSCOE, WILLIAM (0568587)

Facility: AVERY-MITCHELL CI (4680)

| Incident | Incident Time | How Reported | Who Reported | Date | Validity | LEA Refer |
|---|---|---|---|---|---|---|
| 4680-18-445 | 07/28/18 05:40 PM | INMATE VICTIM | INSCOE, WILLIAM M (0568587) | 01/10/22 | UNSUBSTANT/INSUFF EVID | N |

| Event Sequence | Time | Location | Type of Sexual Misconduct | Nature |
|---|---|---|---|---|
| 10 | 07/28/18 05:40 | DORM/HOUSING UNIT YBB | STAFF SEXUAL HARASSMENT | SEXUAL HARASSMENT BY STF |

| Participant Type | Participant Name | Race | Gender | Sex Orient | Age At Time | Admin Actions |
|---|---|---|---|---|---|---|
| AGGRESSOR | (UNKWN) | WHITE | MALE | | 25 | |
| VICTIM | INSCOE, WILLIAM (0568587) | WHITE | MALE | HETEROSEXUAL | 37 | VICTIM TRANSFERRED |

| Incident | Incident Time | How Reported | Who Reported | Date | Validity | LEA Refer |
|---|---|---|---|---|---|---|
| 4680-19-504 | 12/12/19 09:00 AM | INMATE VICTIM | INSCOE, WILLIAM M (0568587) | 01/26/22 | UNSUBSTANT/INSUFF EVID | C |

| Event Sequence | Time | Location | Type of Sexual Misconduct | Nature |
|---|---|---|---|---|
| 10 | 12/12/19 06:00 | OUTSIDE MEDICAL FAC UNC DRS OFFICE | STAFF SEXUAL | SEX ACT FRM PHYSICAL FRCE |

| Participant Type | Participant Name | Race | Gender | Sex Orient | Age At Time | Admin Actions |
|---|---|---|---|---|---|---|
| AGGRESSOR | [redacted] | WHITE | MALE | | 49 | STAFF OTHER |
| VICTIM | INSCOE, WILLIAM (0568587) | WHITE | MALE | INTERSEX | 39 | VICTIM NONE |

Report Date: - 03/10/26
Offender Participant: INSCOE, WILLIAM (0568587)

Facility: AVERY-MITCHELL CI (4680)

| Incident | Incident Time | How Reported | Who Reported | Date | Validity | LEA Refer |
|---|---|---|---|---|---|---|
| 4680-19-505 | 02/14/19 03:30 PM | OTHER | | 01/26/22 | UNSUBSTANT/INSUFF EVID | C |

| Event Sequence | Time | Location | Type of Sexual Misconduct | Nature |
|---|---|---|---|---|
| 10 | 02/14/19 03:30 | RECEIVING SEARCH AREA | STAFF SEXUAL HARASSMENT | SEXUAL HARASSMENT BY STF |

| Participant Type | Participant Name | Race | Gender | Sex Orient | Age At Time | Admin Actions |
|---|---|---|---|---|---|---|
| AGGRESSOR | [redacted] | WHITE | MALE | | 48 | STAFF OTHER |
| VICTIM | INSCOE, WILLIAM (0568587) | WHITE | MALE | HETEROSEXUAL | 38 | VICTIM NONE |

| Incident | Incident Time | How Reported | Who Reported | Date | Validity | LEA Refer |
|---|---|---|---|---|---|---|
| 4680-19-506 | 04/04/19 12:00 AM | CUSTODY STAFF | FOX, DERRICK E. (FDX06) | 02/25/22 | NON PREA 1ST SEXUAL HARASMNT | N |

| Event Sequence | Time | Location | Type of Sexual Misconduct | Nature |
|---|---|---|---|---|
| 10 | 04/04/19 12:00 | DORM/HOUSING UNIT YAD BLOCK | INM/INM SEXUAL HARASSMENT | INMATE OTHER |

| Participant Type | Participant Name | Race | Gender | Sex Orient | Age At Time | Admin Actions |
|---|---|---|---|---|---|---|
| AGGRESSOR | [redacted] | WHITE | MALE | HETEROSEXUAL | 48 | AGGRSR OTHER |
| VICTIM | INSCOE, WILLIAM (0568587) | WHITE | MALE | HETEROSEXUAL | 38 | VICTIM TRANSFERRED |

# NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION

## PREA Incident Detail Report

Report Date: - 03/10/26
Offender Participant: INSCOE, WILLIAM (0568587)

Facility: AVERY-MITCHELL CI (4680)

| Incident | Incident Time | How Reported | Who Reported | Date | Validity | LEA Refer |
|---|---|---|---|---|---|---|
| 4680-20-288 | 07/14/20 11:14 AM | INMATE VICTIM | INSCOE, WILLIAM M (0568587) | 07/16/20 | NON PREA 1ST SEXUAL HARASMNT | N |

| Event Sequence | Time | Location | Type of Sexual Misconduct | Nature |
|---|---|---|---|---|
| 10 | 07/14/20 11:14 | DORM/HOUSING UNIT YANCEY UNIT | STAFF SEXUAL HARASSMENT | SEXUAL HARASSMENT BY STF |

| Participant Type | Participant Name | Race | Gender | Sex Orient | Age At Time | Admin Actions |
|---|---|---|---|---|---|---|
| AGGRESSOR | [redacted] | WHITE | MALE | | 51 | STAFF OTHER |
| AGGRESSOR | [redacted] | WHITE | MALE | | 45 | STAFF OTHER |
| AGGRESSOR | [redacted] | WHITE | MALE | | 27 | STAFF OTHER |
| AGGRESSOR | [redacted] | WHITE | MALE | | 57 | STAFF OTHER |
| VICTIM | INSCOE, WILLIAM (0568587) | WHITE | MALE | INTERSEX | 39 | VICTIM NONE |

| Incident | Incident Time | How Reported | Who Reported | Date | Validity | LEA Refer |
|---|---|---|---|---|---|---|
| 4680-21-426 | 10/13/21 04:00 PM | INMATE VICTIM | INSCOE, WILLIAM M (0568587) | 10/15/21 | UNFOUND/DID NOT OCCUR | C |

| Event Sequence | Time | Location | Type of Sexual Misconduct | Nature |
|---|---|---|---|---|
| 10 | 10/13/21 04:00 | DINING HALL | STAFF SEXUAL HARASSMENT | SEXUAL HARASSMENT BY STF |

| Participant Type | Participant Name | Race | Gender | Sex Orient | Age At Time | Admin Actions |
|---|---|---|---|---|---|---|
| AGGRESSOR | [redacted] | WHITE | MALE | | 62 | STAFF OTHER |
| VICTIM | INSCOE, WILLIAM (0568587) | WHITE | MALE | INTERSEX | 40 | VICTIM NONE |

# NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION

## PREA Incident Detail Report

Report Date: - 03/10/26
Offender Participant: INSCOE, WILLIAM (0568587)

Facility: AVERY-MITCHELL CI (4680)

| Incident | Incident Time | How Reported | Who Reported | Date | Validity | LEA Refer |
|---|---|---|---|---|---|---|
| 4680-21-509 | 12/25/21 01:00 PM | INMATE VICTIM | INSCOE, WILLIAM M (0568587) | 02/09/22 | NON PREA 1ST SEXUAL HARASMNT | |

| Event Sequence | Time | Location | Type of Sexual Misconduct | Nature |
|---|---|---|---|---|
| 10 | 12/25/21 01:00 | DORM/HOUSING UNIT YANCEY UNIT | INM/INM SEXUAL HARASSMENT | INMATE OTHER |

| Participant Type | Participant Name | Race | Gender | Sex Orient | Age At Time | Admin Actions |
|---|---|---|---|---|---|---|
| AGGRESSOR | (UNKASLT) | | | | 2020 | |
| VICTIM | INSCOE, WILLIAM (0568587) | WHITE | MALE | INTERSEX | 41 | VICTIM NONE |

PREA Incidents for AVERY-MITCHELL CI 7

Total PREA Incidents: 14