# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:22-cv-00243-MR

| | |
|---|---|
| **ASHLEE INSCOE,** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **NORTH CAROLINA DEPARTMENT** ) <br> **OF ADULT CORRECTIONS, et al.,** ) <br> ) <br> Defendants. ) <br> _____ ) | **ORDER** |

**THIS MATTER** is before the Court on an independent review of the record.

The Plaintiff has filed a Motion for Sanctions [Doc. 83] to which the Defendants have responded in opposition [Doc. 86]. The materials upon which the Defendants rely consist primarily of declarations by counsel and the PREA director, Charlotte Jordan Williams, describing counsel's misunderstanding of NCDAC's system for storing PREA documents, and Williams' misunderstanding of the scope of counsel's February 2025 follow-up document request. [See Docs. 84-4, 84-5, 86-2]. Notably absent from these materials are emails or other correspondence between defense

counsel and NCDAC addressing the Plaintiff's original and February 2025 requests for PREA materials, which would be relevant to the Court's inquiry.

The Defendants will, therefore, be required to file the following:

All emails/correspondence between NCDOJ/former defense counsel and NCDAC (including prison wardens and Charlotte Jordan Williams) regarding the Plaintiff's discovery requests for PREA materials; and

All emails/correspondence between NCDOJ/ present defense counsel and NCDAC (including prison wardens and Charlotte Jordan Williams) regarding the Plaintiff's February 2025 requests for outstanding PREA documents.

The Plaintiff will be granted the opportunity to file a surreply within seven days after these documents are filed.

**IT IS, THEREFORE, ORDERED** that the Defendants shall file the foregoing documents within **fourteen (14) days**. The Plaintiff may file a surreply within **seven (7) days** of the documents' filing.

**IT IS SO ORDERED.**   Signed: March 16, 2026

Martin Reidinger
Chief United States District Judge