UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
FILE No. 1:22-CV-00243-MR

| | | |
|---|---|---|
| ASHLEE INSCOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANTS' MOTION TO** |
| | ) | **SEAL EX PARTE AND FOR** |
| NORTH CAROLINA | ) | **IN CAMERA REVIEW** |
| DEPARTMENT OF ADULT | ) | |
| CORRECTIONS, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

NOW COME Defendants, Charlotte Williams and the North Carolina Department of Adult Correction, to respectfully move, pursuant to Local Civil Rules 6.1 and 7.1 to have attorney-client confidential communications filed ex parte under seal and reviewed in camera. In support, Defendants show as follows:

1. On March 16, 2026, this court ordered Defendants to produce communications between defense counsel and its client NCDAC regarding Plaintiff's discovery requests for PREA related materials and documents. DE-87.

2. It is understood that this Court requires these attorney-client communications to provide it with more insight into Undersigned's misunderstanding as to PREA records not being maintained by the PREA

Office that is the subject of the underlying motion being reviewed by the Court.

3. The lead document filed in response to this court's order (DE-87) should be treated as a privilege log identifying the nature of the attorney-client communication and/or work product. Exhibits 1-7 and 9-22 to the response consist of such privileged communications and work product and should be sealed and reviewed in camera for this court's purpose as delineated in DE-87.

4. Support and authority for sealing is provided in the Memorandum of Law filed contemporaneously with this Motion and incorporated herein.

5. Undersigned does not believe Plaintiff will be prejudiced in allowing attorney-client confidential documents to be filed ex parte under seal for in camera review, as the full PREA documents relevant to this case will be provided in advance of Plaintiff's allowed surreply.

6. Undersigned has contacted Plaintiff's Counsel for her position on this Motion and Opposing Counsel objects to responsive exhibits being sealed.

Wherefore, Undersigned respectfully requests this court seal the attorney-client confidential communications exhibits ex parte for in camera review, treat the

Response lead document as a privilege log, and Maintain Defendants' attorney-client confidentiality.

This the 30th day of March, 2026.

**JEFF JACKSON**
**ATTORNEY GENERAL**

/s/ J. Locke Milholland, IV
J. Locke Milholland, IV
Special Deputy Attorney General
N.C. State Bar No. 35449
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6545
Fax: (919) 716-6761
E-mail: jmilholland@ncdoj.gov

3

# CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system, and have served the Plaintiff, a *non* CM/ECF participant via regular United States Mail, first-class, postage prepaid, addressed as follows:

Elizabeth Simpson
N.C. Bar No. 41596
EMANCIPATE NC
P.O. Box 309
Durham, NC 27702
919-682-1149
elizabeth@emancipatenc.org
*Counsel for Plaintiff*

This the 30th day of March, 2026.

/s/J. Locke Milholland, IV
J. Locke Milholland, IV
Special Deputy Attorney General

4