UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
FILE No. 1:22-CV-00243-MR

| | | |
|---|---|---|
| ASHLEE INSCOE,<br><br>Plaintiff,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF ADULT CORRECTIONS, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **MOTION FOR SUMMARY JUDGMENT**<br><br>FED. R.CIV.P. RULE 56 |

NOW COME Defendants North Carolina Department of Adult Corrections, Todd Ishee, Charlotte Jordan Williams, Ronnie L. Huneycutt, James Brian Watson, Derrick Fox, James Waldroop, Christian Goforth, Edna Silver, Matthan Hicks, Shawn Buchanan, Chris Miller, and Russell Carver (hereinafter "Moving Defendants"), by and through Undersigned Counsel, moving for summary judgment as to all claims. The pleadings, discovery responses, affidavits, other documents, and evidence in the record establish that there are no genuine issues of material fact as to the claims against Defendants. Therefore, Defendants are entitled to prevail as a matter of law as to all claims.

Specifically, the record evidence demonstrates that Defendants did not violate Plaintiff's constitutional rights and qualified and 11th amendment immunities are a

bar to Plaintiff's claims. Therefore, there are no genuine disputes of material fact related to any claims and Defendants are entitled to prevail as a matter of law on all claims.

Defendants' arguments and legal authorities in support of this motion are set forth in detail in the Memorandum of Law, filed simultaneously with this motion. In further support of this motion, Defendant relies on the Affidavits and attached Exhibits, also filed herewith.

WHEREFORE, based upon the above and the arguments and authorities set forth in Defendants' Memorandum of Law, Defendants respectfully request this Court allow this Motion for Summary Judgment, and dismiss all claims against them.

This the 15th day of October 2026.

**JEFF JACKSON**
**ATTORNEY GENERAL**

/s/ J. Locke Milholland, IV
J. Locke Milholland, IV
Special Deputy Attorney General
N.C. State Bar No. 35449
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6545
Fax: (919) 716-6761
E-mail: jmilholland@ncdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system, and have served the Plaintiff, by and through counsel, a CM/ECF participant, as follows:

Elizabeth Simpson
N.C. Bar No. 41596
EMANCIPATE NC
P.O. Box 309
Durham, NC 27702
919-682-1149
elizabeth@emancipatenc.org
*Counsel for Plaintiff*

This the 15th day of October 2026.

/s/J. Locke Milholland, IV
J. Locke Milholland, IV
Special Deputy Attorney General