IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| **ASHLEE INSCOE,**<br>Plaintiff,<br><br>v.<br><br>**NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION, et al.,**<br><br>Defendants. | Civil Case No. 1:22-cv-00243-MR<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT** |

Plaintiff and Defendants, through undersigned counsel, jointly move pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure for a fourteen-day extension of time to respond to the opposing party's motion for summary judgment. In support of this Motion, the parties state as follows:

1. Plaintiff has filed a Motion for Partial Summary Judgment [Doc. 96], and Defendants have filed a Motion for Summary Judgment [Doc. 99].

2. The parties' respective responses to the opposing party's motion are currently due on October 29, 2026.

3. Counsel for both parties have competing scheduling commitments and professional obligations during the current response period. The parties seek a brief additional period to review the opposing motions and supporting materials and to prepare thorough responses.

4. The parties have conferred and agree that a fourteen-day extension is appropriate. This request is made before expiration of the current deadline, is supported by good cause, is not sought for purposes of delay, and will not prejudice either party.

WHEREFORE, the parties jointly request that the Court extend the deadline for Plaintiff to respond to Defendants' Motion for Summary Judgment [Doc. 99] and the deadline for Defendants to respond to Plaintiff's Motion for Partial Summary Judgment [Doc. 96] by fourteen (14) days, through and including November 12, 2026.

Respectfully submitted, this 26th day of October, 2026.

/s/ Elizabeth Guild Simpson
Elizabeth Guild Simpson
N.C. Bar No. 41596
EMANCIPATE NC
P.O. Box 309
Durham, NC 27702
(919) 682-1149
elizabeth@emancipatenc.org
*Counsel for Plaintiff*

/s/ J. Locke Milholland, IV
J. Locke Milholland, IV
N.C. Bar No. 35449
N.C. DEPARTMENT OF JUSTICE
114 West Edenton Street
Raleigh, NC 27603
(919) 716-6400
jmilholland@ncdoj.gov
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2026, I electronically filed the foregoing Joint Motion for Extension of Time to Respond to Motions for Summary Judgment with the Clerk of Court using the CM/ECF system, which will transmit notice of electronic filing to all counsel of record.

/s/ Elizabeth Guild Simpson
Elizabeth Guild Simpson
Counsel for Plaintiff